UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:98-cr-00038-JMS-MJD-02 |
| | ) |
| WILLIE BODDIE | ) |
| a/k/a TOOTS, | ) |
| | ) |
| Defendant. | ) |

**Order Granting Motion for Copies**

Defendant Willie Boddie's motion for copies, dkt. [127], is **granted in part consistent with the following**. **The clerk is instructed to include a copy of the following filings** with the defendant's copy of this Order:

1) JAMS docket 14 (7/1/98 Arrest Warrant); and

2) JAMS docket 31 (11/25/98 Courtroom Minutes).

Although Mr. Boddie requests "(1) A copy of Complaint + or Information for the 3/10/98- Docket entry #1" and "(2) A copy of the Certificate of Concurrence filed with the Clerk of Court in reference to the indictment filed 3/12/98," Mr. Boddie specifies that "I am NOT trying to get a copy of the indictment or superseding indictment." He clarifies that he is "requesting a copy of the affidavit of complaint/and or information, the arrest warrant, and a copy of the letter of concurrence." Because there is no "certificate of concurrence" or an "affidavit of complaint/and or information," neither of those items will be provided to Mr. Boddie.

Similarly, Mr. Boddie requests "(6) A copy of Complaint and or Information for the Superseding Indictment Docket entry #11 – 6/30/98" and "A copy of the Certificate of

Concurrence…filed 6/30/98." For the same reasons listed above for the indictment, neither of these items related to the superseding indictment will be provided to Mr. Boddie.

Mr. Boddie requests "(5) 11/25/98 Copy of Waiver of Formal Arraignment." Because such a document does not exist, this item also cannot be provided to Mr. Boddie.

Mr. Boddie also requests "(3) 3/10/98 Arrest Warrant" and "(7) 7/1/98 Arrest Warrant." Because the March 10, 1998, arrest warrant was issued in conjunction with an indictment that was later superseded by a superseding indictment and a new arrest warrant, the March 10, 1998, arrest warrant is not necessary and will not be provided to Mr. Boddie. A copy of the July 1, 1998, arrest warrant, however, will be provided to Mr. Boddie.

**IT IS SO ORDERED**.

Date: 5/21/2018

*[signature]*

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Willie Boddie
No. 40001-037
FCI Yazoo City (Medium)
P.O. Box 5888
Yazoo City, MS 39194

Electronically Registered Counsel