UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:98-cr-00038-JMS-MJD |
| WILLIE BODDIE, | ) ) | -02 |
| Defendant. | ) ) | |

### ORDER

On December 2, 2020, Defendant, who is represented by retained counsel, filed a motion for compassionate release. Dkts. 177, 178, 179. The United States shall file a response to this motion within 14 days of the date of this Order. Any reply shall be filed within 7 days of the date on which the United States' response is filed.

In addition, the exhibits to Defendant's motion violate Federal Rule of Criminal Procedure 49.1 because, at a minimum, they include Defendant's full Social Security number. Accordingly, the documents (dkts. 179 and 179-1 through 179-7) are hereby **stricken**. The **clerk is directed** to **strike these documents from CM/ECF and remove them from public view**. Defendant shall re-file the exhibits within 7 days of the date of this Order.

Any re-filed document must comply with Federal Rule of Criminal Procedure 49.1, which, among other things, requires redacting Social Security numbers so that only the last 4 digits are visible. To the extent Defendant considers re-filing any particular exhibit under seal, the Court notes that Local Criminal Rule 49.1-2 does not allow for the wholesale sealing of documents that might include some confidential information. Instead, documents may be sealed only if the requesting party files a motion to seal and shows that "less restrictive

alternatives to sealing, such as redaction, will not afford adequate protection." S.D. Ind. Local Crim. R. 49.1-2(e)(2)(A).

**IT IS SO ORDERED.**

Date: 12/3/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel