# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                          CASE NUMBER: 1:98-cr-00038-JMS-MJD

WILLIE BODDIE,

    Defendant.

### DEFENDANT WILLIE BODDIE'S APPENDIX OF EXHIBITS

Defendant, Willie Boddie, by counsel, submits the following list of exhibits in support of its Motion for Summary Judgment:

1. Sentencing Transcript / Pronouncement of Sentence
2. Progress Report dated April 4, 2016
3. Summary Re-Entry Plan – Progress Report dated June 3, 2020
4. Medical Records (not yet received)
5. Medical Records (son) Ryan Merriweather
6. Letter Offering Employment
7. Writer's Boot Camp Letter

                                                  Respectfully submitted,

                                                  /s/ Jeffrey A. Baldwin
                                                  Jeffrey A. Baldwin
                                                  Attorney for the Defendant
                                                  Attorney No.: 11892-49

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2020, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF – registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

/s/ Jeffrey A. Baldwin
Jeffrey A. Baldwin


**JEFFREY A. BALDWIN**
**VOYLES VAIANA LUKEMEYER BALDWIN & WEBB**
**ONE INDIANA SQUARE**
**211 NORTH PENNSYLVANIA STREET**
**SUITE 2400**
**INDIANAPOLIS, IN 46204**
**Telephone:  (317) 632-4463**
jbaldwin@voyleslegal.com