Department of Justice
**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons
**Current Progress Report: 04-04-2016**



| | |
|---|---|
| Name: | BODDIE, WILLIE |
| Register Number: | 40001-037 |
| Security/Custody: | MEDIUM/IN |
| Projected Release: | / LIFE |

| | |
|---|---|
| Institution: | YAZOO CITY MED FCI |
| | P.O. BOX 5666 |
| | YAZOO CITY, MS 39194 |
| Telephone: | (662) 716-1020 |
| Fax: | 662-716-1036 |

| | | | |
|---|---|---|---|
| Next Review Date: | 07-12-2016 | Driver's License/State: | None known / IN |
| Next Custody Review Date: | 04-21-2015 | FBI Number: | 673647JB6 |
| Age/DOB/Sex: | | SSN: | |
| CIM Status: | Y | DCDC Number: | |
| | If yes, reconciled: Y | INS Number: | |
| | | PDID Number: | |
| | | Other IDs: | |

| | | | |
|---|---|---|---|
| Release Residence: | [POC] | Release Employer: | [Name] |
| | 308 NORTHERN AVENUE | | [Address] |
| | INDIANAPOLIS, IN 46204 | Contact | [POC] |
| Telephone: | [Phone] | Telephone: | |

| | | | |
|---|---|---|---|
| Primary Emergency Contact: | Apra Arnold, Girlfriend | Secondary Emergency Contact: | Angela Alston, Sister |
| | 1437 W. 47th St. | | 923 S. Maple |
| Telephone: | (317) 328-8002 | | Covington, IL 38019 |
| | | Telephone: | (901) 975-6124 |

**Mentor Information:**

**Controlling Sentence Information:**

| Offense(s)/Violator Offenses | Sentence | Sentencing Procedure | Supervision Term |
|---|---|---|---|
| CT. 1, T21:841(A)(1) & 846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE COCAINE. CTS. 7&8, T18:1956(A)(1)(A)(B) & (H) CONSPIRACY TO COMMIT MONEY LAUNDERING, CTS. 12, 18 & 21, T18:1956(A)(1)(B) MONEY LAUNDERING. | LIFE | 3559 PLRA SENTENCE | 5 YEARS |

**Other Current Offenses:**

| NONE |
|---|

| Controlling Sentence Began | Time Served/Jail Credit/Inoperative Time | Days GCT/EGT/SGT | Days FSGT/WSGT/DGCT | Parole Status | |
|---|---|---|---|---|---|
| 12-10-1999 | 17 YEARS 4 MONTHS 29 DAYS / 399 / 0 | 0 / 0 / 0 | 0 / 0 / 0 | Hearing Date: Hearing Type: Last USPC Action: | NOT ENTERED |

**Detainers:** N

**Special Parole Term:** NOT ENTERED
**Pending Charges:** None known
**Cim Status:** Y    **Cim Reconciled:** Y

| Financial Responsibility | Imposed | Balance | Case No./Court of Jurisdiction | Assgn/Schedule Payment |
|---|---|---|---|---|
| FINE COMBINED USDC | $5000.00 | $1259.02 | 1:98cr00038-002 | FINANC RESP-PARTICIPATES $1110.00 MONTHLY |

**Financial Plan Active:** Y    **Comm Dep-6 mos:** $2971.00   Commissary

Department of Justice
**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons
**PROGRESS REPORT: 04-04-2016**

| | | | |
|---|---|---|---|
| **Financial Plan Date:** 09-10-2009 | **Balance:** | $4586.00 | |

**Payments**

Commensurate: [Y,N]
Missed: [Y,N]

**Judicial Recommendations:** NONE / NONE / NO PRIORS.NO MED.

**Special Conditions of Supervision:** SEE J&C

| | | | |
|---|---|---|---|
| **USPO Sentencing:** | Dwight T. Wharton, Chief<br>Indiana Southern Probation Office<br>Birch Bayh Federal Building and United States Courthouse<br>46 East Ohio Street Room 101<br>Indianapolis, IN 46204 | **USPO Relocation:** | [POC]<br>[District]<br>[Street Address/Suite]<br>[City], [State] [Zip] |
| **Phone/Fax:** | 317-229-3750 / 317-229-3760 | **Phone/Fax:** | [Phone] / [Fax] |

| | | | |
|---|---|---|---|
| **Subject to 18 U.S.C. 4042(B) Notification:**     Y<br>• Conviction for a drug trafficking crime (federal) | | **DNA Required:**<br>**Subject to Sex Offender Notifications:**<br>**Treaty Transfer Case:** | Y - [Date]<br>[Y,N]<br>[Y,N] |

**Profile Comments:**

### EDUCATION DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| YAM | GED EARNED | GED EARNED IN BOP | 12-07-2000 | CURRENT |
| YAM | ESL HAS | ENGLISH PROFICIENT | 03-01-2000 | CURRENT |
| YAM | F ANAL 1 | RPP3-FINANCIAL ANALYSIS 1 | 02-26-2016 | CURRENT |
| YAM | ENT OPP | RPP2 ENTREPRENEUR OPPORTUNITY | 02-26-2016 | CURRENT |

### COMPLETED EDUCATION COURSES

| Course Description | Completion Date | Course Hours |
|---|---|---|
| RPP1 AIDS AWARENESS | 01-14-2016 | 1 |
| BLOOD PRESSURE SELF STUDY | 12-17-2015 | 3 |
| MEDICAL SCREENING SELF STUDY | 12-17-2015 | 3 |
| WELLNESS SELF STUDY | 12-17-2015 | 3 |
| EXERCISE GOAL SETTING S-STUDY | 11-19-2015 | 3 |
| CORONARY RISK FACTORS SELF SUD | 11-19-2015 | 3 |
| SHU RESUME WRITING SELF STUDY | 11-19-2015 | 3 |
| SHU MONEY SMART SELF STUDY | 11-19-2015 | 3 |
| EXERCISE MOTIVATION SELF STUDY | 11-05-2015 | 3 |
| CARDIOVASCULAR SELF STUDY | 11-05-2015 | 3 |
| EXERCISE PHYSIOLOGY SELF STUDY | 11-05-2015 | 3 |
| CDL SELF STUDY SHU | 10-22-2015 | 3 |

Name: **BODDIE, WILLIE**                                                                RegNo: **40001-037**

| | | |
|---|---|---|
| RPP6 LIFESTYLE INTERVENTION | 03-16-2015 | 24 |
| RPP1 ANATOMY & PHYSIOLOGY | 02-13-2015 | 8 |
| RPP 5 HALFWAY HOUSE PREP | 01-22-2015 | 7 |
| COMPUTER LAB TYPING COURSE | 01-15-2015 | 12 |
| RPP1 HIV EDUCATION | 01-14-2015 | 20 |
| REL VIDEO-CONFER FEDERAL JUDGE | 11-12-2014 | 2 |
| RPP6 3 STEPS TO SUCCESS | 10-23-2014 | 15 |
| BREAKING BARRIERS | 09-30-2013 | 10 |
| STRONGER ABS/BACK INSTRUCTION | 09-26-2013 | 6 |
| STUDY OF DIABETES | 09-23-2013 | 12 |
| BASIC NUTRITION COURSE | 08-21-2013 | 12 |
| BEG STRESS, HEALTH, & COPING | 08-21-2013 | 12 |
| THE TIME MACHINE | 03-30-2012 | 10 |
| GULLIVERS TRAVELS | 03-30-2012 | 10 |
| DECIMALS | 03-30-2012 | 10 |
| LEARNING BASIC ENGLISH | 03-30-2012 | 10 |
| CLASSIC LIT. SHERLOCK HOLMES | 03-31-2011 | 10 |
| 20 THOUSAND LEAGUES UNDER SEA | 03-31-2011 | 10 |
| BIOGRAPHIES-SPORTS | 03-31-2011 | 10 |
| CLASSIC LAST OF THE MOCHICANS | 03-31-2011 | 10 |
| CLASSIC LITERATURE-IVAN HOE | 03-31-2011 | 10 |
| BASIC NUTRITION COURSE | 02-15-2011 | 9 |
| STUDY OF HUMAN BODY | 02-18-2011 | 9 |
| SPORTS INJURY WELLNESS CLASS | 02-17-2011 | 9 |
| STUDY OF DIABETES | 02-16-2011 | 9 |
| RPP USP CMC RPP OVERVIEW (C5) | 02-24-2010 | 1 |
| RPP RATIONAL BEHAVIOR GROUP | 06-08-2001 | 12 |
| INTERMEDIATE GED 1200-1400 | 12-07-2000 | 343 |

### HIGH TEST SCORES

| Test | Subtest | Score | Test Date | Test Facl | Form | State |
|---|---|---|---|---|---|---|
| ABLE | VOCABULARY | 8.50 | 03-01-2000 | THA | E | |
| ABLE | SPELLING | 5.00 | 03-01-2000 | THA | E | |
| ABLE | READ COMP | 12.30 | 02-17-2000 | THA | F | |
| ABLE | PROB SOLV | 9.70 | 02-17-2000 | THA | F | |

Department of Justice
**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons
**PROGRESS REPORT: 04-04-2016**

| ABLE | | NUMBER OPR | 6.70 | 03-01-2000 | THA | E | |
|------|--|------------|------|------------|-----|------|--|
| ABLE | | LANGUAGE | 8.00 | 02-17-2000 | THA | F | |
| GED | . | AVERAGE | 45.00 | 12-07-2000 | THA | PASS | |
| GED | | MATH | 44.00 | 12-07-2000 | THA | AO | |
| GED | | LIT/ARTS | 45.00 | 12-07-2000 | THA | AO | |
| GED | | SCIENCE | 49.00 | 12-07-2000 | THA | AO | |
| GED | | SOC STUDY | 43.00 | 12-07-2000 | THA | AO | |
| GED | | WRITING | 44.00 | 12-07-2000 | THA | AO | |

| WORK DATA | | | | | |
|-----------|--|--|--|--|--|
| Facility | Assignment | Description | | Start Date | Stop Date |
| YAM | COMPND EV | COMPOUND EVENING DETAIL | | 01-19-2016 | CURRENT |

| WORK HISTORY | | | | | |
|--------------|--|--|--|--|--|
| Facility | Assignment | Work Assignment Description | | Start Date | Stop Date |
| GRE | UNIT ORD4A | HOUSING UNIT 4(A) ORDERLY | | 07-11-2014 | 09-14-2015 |
| PEK | SHU LNDRY | SHU LAUNDRY ORDERLY | | 05-14-2014 | 06-19-2014 |
| PEK | FCI COMP A | COMP ORD 7:40-2:30P | | 05-06-2014 | 05-07-2014 |
| VIP | CS PROG AM | CUSTODY PROGRAMS CORRIDOR AM | | 03-09-2014 | 04-24-2014 |
| VIP | CS PROG PM | CUSTODY PROGRAMS CORRIDOR PM | | 03-09-2014 | 03-09-2014 |
| VIP | CS PROG AM | CUSTODY PROGRAMS CORRIDOR AM | | 05-05-2011 | 03-09-2014 |
| VIP | FS DIN AM | FOOD SERVICE AM DINING ROOM | | 04-28-2011 | 05-05-2011 |
| VIP | FS NEW | FOOD SERVICE NEW | | 04-27-2011 | 04-28-2011 |
| | | Gap(s) in employment between assignments: 99 days | | | |
| VIP | PGM CORR | PROGRAMS CORRIDOR WORKER | | 10-21-2010 | 01-18-2011 |
| VIP | 4B UNASSG | 4B UNASSIGNED | | 02-25-2010 | 10-21-2010 |
| VIP | 4B A&O | 4B A&O UNASSIGNED | | 02-05-2010 | 02-25-2010 |
| | | Gap(s) in employment between assignments: 157 days | | | |
| THP | COM ORD PM | COMPOUND ORDERLY 4PM-6PM | | 08-24-2005 | 09-01-2009 |
| THP | REC WRK PM | RECREATION PM SHIFT | | 04-11-2005 | 08-24-2005 |
| | | Gap(s) in employment during assignment: 54 days | | | |
| THP | REC WRK | RECREATION WORKER | | 04-04-2005 | 04-11-2005 |
| THA | ORD M | ORD | | 06-19-2002 | 03-30-2005 |
| THA | FS-PM | FOOD SERVICE PM WORKERS | | 03-04-2002 | 06-19-2002 |
| THA | FS-AM | FOOD SERVICE AM WORKERS | | 01-21-2000 | 03-04-2002 |
| THA | A/O C | A/O | | 01-05-2000 | 01-10-2000 |

Name: **BODDIE, WILLIE**                                                                 RegNo: **40001-037**

## DISCIPLINE HISTORY

| UDC / DHO | Hearing Date | Report No. | Prohibited Act / Description | Sanction |
|---|---|---|---|---|
| DHO | 10-08-2009 | 1912569 | 297 - PHONE ABUSE-DISRUPT MONITORING | DS / 30 DAYS / CS<br>COMP:    LAW: 30 DAYS DISCIPLINARY SEGREGATION.<br><br>TRANSFER / 0 / CS<br>COMP:    LAW: RECOMMENDATION FOR A DISCIPLINARY TRANSFER.<br><br>LP VISIT / 180 DAYS / CS<br>COMP:    LAW: 180 DAYS LOSS PRIVILEGE VISIT, ALL.<br><br>LP PHONE / 365 DAYS / CS<br>COMP:    LAW: 365 DAYS LOSS PRIVILEGE TELEPHONE. |
| DHO | 05-11-2005 | 1332537 | 108 - POSSESSING A HAZARDOUS TOOL | LP COMM / 90 DAYS / CS<br>COMP:    LAW: LOSS OF COMMISSARY, EXCEPT STAMPS AND PHONE LAW: CREDITS<br><br>DS / 30 DAYS / CS<br>COMP:    LAW: DIS SEG<br><br>DIS GCT / 40 DAYS / CS<br>COMP: 10    LAW: P |
| UDC | 02-04-2003 | 1071356 | 397 - PHONE ABUSE - NO CIRCUMVENTION | LP PHONE / 75 DAYS / CS<br>COMP:    LAW:<br><br>LP PHONE / 15 DAYS / CS<br>COMP: |

## MOVEMENT DATA

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| YAM | A-DES | DESIGNATED, AT ASSIGNED FACIL | 01-12-2016 | CURRENT |

## MOVEMENT HISTORY

| Facility | Assignment | Start Date | Stop Date |
|---|---|---|---|
| GRE | DESIGNATED, AT ASSIGNED FACIL | 06-19-2014 | 12-21-2015 |
| PEK | DESIGNATED, AT ASSIGNED FACIL | 04-28-2014 | 06-19-2014 |
| VIP | DESIGNATED, AT ASSIGNED FACIL | 02-05-2010 | 04-24-2014 |
| THP | DESIGNATED, AT ASSIGNED FACIL | 01-12-2010 | 01-12-2010 |
| THP | *MULTIPLE TRIPS IN/OUT OF THP | 03-30-2005 | 11-06-2009 |
| THA | DESIGNATED, AT ASSIGNED FACIL | 01-05-2000 | 03-30-2005 |

## CASE MANAGEMENT ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| YAM | RPP INELIG | RELEASE PREP PGM INELIGIBLE | 05-07-2014 | CURRENT |
| YAM | V94 CDA913 | V94 CURR DRG TRAF ON/AFT 91394 | 01-24-2000 | CURRENT |

## MEDICAL DUTY STATUS ASSIGNMENTS

| Facility | Assignment | Description | Start Date | Stop Date |
|---|---|---|---|---|
| YAM | YES F/S | CLEARED FOR FOOD SERVICE | 01-13-2016 | CURRENT |
| YAM | REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-13-2016 | CURRENT |

Department of Justice                                                                    Federal Bureau of Prisons
## INMATE SKILLS DEVELOPMENT PLAN          PROGRESS REPORT: 04-04-2016

**ACADEMIC**          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ✓ | **INTELLECTUAL FUNCTIONING**<br>⊕ no intellectual deficits<br>① has NOT attended special education classes |
| ✓ | **LITERACY**<br>⊕ GED obtained<br>① obtained through BOP |
| ✓ | **LANGUAGE**<br>⊕ fluent in English as primary language |
| ❗ | **COMPUTER SKILLS**<br>⊖ lacks keyboarding skills<br>⊖ lacks word processing skills<br>⊖ lacks internet navigation skills |

Name: **BODDIE, WILLIE**                                                                    RegNo: **40001-037**

## ACADEMIC            *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
|---|
| PREVIOUS PROGRESS REPORT: 20150909 |
| PREVIOUS PROGRESS REPORT: 20130122 |
| PREVIOUS TEAM: 20090812 |
| Recommend participation in any available ACE, VT, or Recreation program within six months. |
| PREVIOUS TEAM: 20100304 |
| Recommend enrollment in one or more ACE, college, parenting, VT Microsoft Office and/or VT ServSafe,  recreation leisure, wellness and hobby craft program in 6 months.  Maintain a clear conduct history. |
| PREVIOUS TEAM: 20100827 |
| Enroll in 1 Educ./VT/ACE Course by Feb. 25, 2011. |
| PREVIOUS TEAM: 20110218 |
| ESL HAS/GED HAS; Recommend enrollment in one or more ACE, college, parenting, VT Microsoft Office and/or VT ServSafe,  recreation leisure, wellness and hobby craft program in 6 months.  Maintain a clear conduct history. |
| PREVIOUS TEAM: 20110813 |
| Enroll in 1 Educ./VT/ACE Course by Feb. 11, 2012. |
| PREVIOUS TEAM: 20120210 |
| Participate in 1 Educ./VT/ACE Course by Aug. 8, 2012. |
| PREVIOUS TEAM: 20120727 |
| Recommend college classes, VT, ACE and parenting within 6 months. |
| PREVIOUS TEAM: 20130122 |
| Progress: Inmate Failed to follow recommendation from last team. |
| PREVIOUS TEAM: 20130719 |
| Short/Long Term Goals: No current recommendation in this skill set required at this time. It is recommended that you focus your attention to other skill sets. Your unit team will review your current plan and reassess at sub-sequential teams. |
| PREVIOUS TEAM: 20140124 |
| Short Term Goal: Participate in at least one Education/VT/ACE Course of your choice before next Team. |
| PREVIOUS TEAM: 20140513 |
| Progress: Boodie arrived at FCI Pekin on April 28, 2014, as a lesser security transfer. Due to his recent arrival, no programs have been completed. |
| Goal: Submit copout for Keyboarding by 11-2014 and complete once enrolled. |
| PREVIOUS TEAM: 20140629 |
| GED completed in BOP on 12-07-2000. Enroll in computer basics by next review date. |
| PREVIOUS TEAM: 20141219 |

Department of Justice                                                                    Federal Bureau of Prisons
## INMATE SKILLS DEVELOPMENT PLAN          PROGRESS REPORT: 04-04-2016

**ACADEMIC**          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| |
|---|
| PREVIOUS TEAM: 20150526 |
| PREVIOUS TEAM: 20151028 |

**VOCATIONAL/CAREER**    *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ⓘ | **EMPLOYMENT HISTORY**<br>ⓘ unemployed at time of arrest<br>⊖ no consistent history of employment 5 years prior to incarceration<br>ⓘ unemployed majority of adult life or no significant periods of employment |
| ⓘ | **CAREER DEVELOPMENT**<br>⊖ does not possess significant expertise in field<br><br>⊖ no realistic career/job goals upon release |
| ⓠ | **INSTITUTION WORK HISTORY** |
| ⓘ | **POST INCARCERATION EMPLOYMENT**<br>ⓘ post-incarceration employment not secured<br>ⓘ unable to locate employment<br><br>⊖ no release documents obtained to date |

Name: **BODDIE, WILLIE**                                                RegNo: **40001-037**

## VOCATIONAL/CAREER   *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
| --- |

PREVIOUS PROGRESS REPORT: 20150909

PREVIOUS PROGRESS REPORT: 20130122

PREVIOUS TEAM: 20090812

Maintain work detail assignment, with satisfactory or higher performance evaluations.

PREVIOUS TEAM: 20100304

Enroll in VT Course by Sept. 2, 2010.

PREVIOUS TEAM: 20100827

Participate in VT Course - Any by Feb. 25, 2011.

PREVIOUS TEAM: 20110218

Inmate is currently enrolled in several Educational Courses.

PREVIOUS TEAM: 20110813

Enroll in LEAP Program by Feb. 11, 2012.

PREVIOUS TEAM: 20120210

Participate in LEAP Program by Aug. 8, 2012.

PREVIOUS TEAM: 20120727

Recommend Vocational training classes and RPP classes within 6 months.

PREVIOUS TEAM: 20130122

Progress: Inmate Failed to follow recommendation from last team.
Recommend enrolling in a Vocational training class within 6 months. Completion of one VT class by Jan 2014.

PREVIOUS TEAM: 20130719

Progress: Inmate Failed to follow recommendation from last team.
Recommend enrolling in a Vocational training class within 6 months. Completion of one VT class by FEB 2014.

PREVIOUS TEAM: 20140124

Progress: Inmate Failed to follow recommendation from last team.
Short/Long Term Goal: Recommend enrolling in a Vocational training class within 6 months. Completion of one VT class by Jan 2015.

PREVIOUS TEAM: 20140513

Progress: Boodie arrived at FCI Pekin on April 28, 2014, as a lesser security transfer. Due to his recent arrival, no programs have been completed.

Goal: Submit copout for MSSC by 05-2015 and complete once enrolled.

Currently assigned to Compound. No evaluations due to recent arrival.

PREVIOUS TEAM: 20140629

Complete A/O within 28 days of arrival.  Once you complete A/O, work with the counselor to find employment.  Also enroll in educational programs to prepare for your release.  These classes can include Resume Writing, apprenticeship programs, business classes.  These types of classes will help prepare you for employment upon release.

Department of Justice
**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons
**PROGRESS REPORT: 04-04-2016**

**VOCATIONAL/CAREER**   *** Disregard Response Summary and utilize only the Progress & Goals section ***

---

PREVIOUS TEAM: 20141219

Inmate Boddle currently works as the H4 unit orderly with good work evaluations. Maintain employment thru next review date.
Seek out alternative jobs at FCI Greenville with apprenticeship programs.
Inmate Boddie is on the wait list for resume class.
Complete resumbe class by next review date.

PREVIOUS TEAM: 20150526

Complete Resume class by next review date..

PREVIOUS TEAM: 20151028

Inmate is currently in SHU—No progress

---

**INTERPERSONAL**      *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ? | **RELATIONSHIPS** |
| ? | **FAMILY TIES/SUPPORT SYSTEM** |
| ! | **PARENTAL RESPONSIBILITY**<br>⊖ children under the age of 21<br>① contact maintained with children<br>① contact with other parent<br><br>⊖ inconsistent financial support for some or all children<br><br>① RRC (MINT) Placement is not applicable |
| ? | **COMMUNICATION** |

Name: **BODDIE, WILLIE**                                                                    RegNo: **40001-037**

## INTERPERSONAL          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
|---|
| PREVIOUS PROGRESS REPORT: 20150909 |
| PREVIOUS PROGRESS REPORT: 20130122 |
| PREVIOUS TEAM: 20090812 |
| |
| PREVIOUS TEAM: 20100304 |
| Maintain contact with family members and friends by writing letters and making telephone calls. |
| PREVIOUS TEAM: 20100827 |
| Inmate has kept close family ties. |
| PREVIOUS TEAM: 20110218 |
| Inmate has kept close family ties. |
| PREVIOUS TEAM: 20110813 |
| Inmate has kept close family ties. |
| PREVIOUS TEAM: 20120210 |
| Keep tabs on Father who recently had a stroke and two heart attacks. |
| PREVIOUS TEAM: 20120727 |
| Inmate remains in close contact with family members. |
| PREVIOUS TEAM: 20130122 |
| I have no recommendation at this time. |
| PREVIOUS TEAM: 20130719 |
| |
| PREVIOUS TEAM: 20140124 |
| Short Term Goal: Work with your Counselor to complete your visiting and telephone list. You will need to activate any telephone numbers you require so you can continue an open communication with your outside resources. In addition, you should send a visiting form to any future contacts you plan to have visit you in the future. Complete by 7/2014. |
| PREVIOUS TEAM: 20140513 |
| Progress: Boodle arrived at FCI Pekin on April 28, 2014, as a lesser security transfer. Due to his recent arrival, no programs have been completed. |
| Goal: Submit copout for Parents and their Teens by 11-2014 and complete once enrolled. |
| PREVIOUS TEAM: 20140629 |
| Work with Counselor to set up visiting list. Also set up email and phone account to maintain family ties thru your incarceration. Work with counselor to set up a FRP contract to pay fine before next team. Also consider enrolling in a leadership class before next team. |
| PREVIOUS TEAM: 20141219 |

Department of Justice
Federal Bureau of Prisons

# INMATE SKILLS DEVELOPMENT PLAN
## PROGRESS REPORT: 04-04-2016

**INTERPERSONAL**     *** Disregard Response Summary and utilize only the Progress & Goals section ***

PREVIOUS TEAM: 20150526

PREVIOUS TEAM: 20151028

## WELLNESS     *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ⊕ | **HEALTH PROMO/DISEASE PREVENT**<br>⊖ overweight<br>① height 5 ft. 9 in.<br>① weight (lbs) 210<br>① BMI Score 31<br>① date calculated 04-29-2014<br><br>⊕ maintains physical fitness thru regular exercise;<br>① aerobic exercise<br>① organized sports<br><br>⊕ no evidence of behaviors associated with increased risk of infectious disease<br><br>⊖ uses tobacco (cigarettes, cigars, and/or smokeless tobacco)<br><br>⊕ had a primary care provider or clinic (prior to incarceration)<br>⊕ has health insurance coverage upon release |
| ⊕ | **DISEASE/ILLNESS MANAGEMENT**<br>⊕ complies with treatment recommendations and/or takes medications as prescribed, or none required<br><br>⊖ simple chronic care - easily managed medical or mental health conditions - See Exit Summary<br>⊕ no dental problems<br>⊕ no non-routine services/assistance devices needed |
| ⊘ | **TRANSITIONAL PLAN**<br>⊕ does not require medication upon release from custody<br>⊕ does not require on-going treatment or follow-up after release from custody<br>① TB Clearance Complete - See Exit Summary<br>⊕ health Services recommends for RRC placement |
| ⊘ | **GOVERNMENT ASSISTANCE**<br>① has not previously received Social Security assistance<br>① inmate indicates he/she may not be eligible for Social Security assistance after release<br><br>① has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard<br>① spouse or a parent has not served in the U.S. Armed Forces, U.S. Military Reserves, AND/OR U.S. National Guard |

Name: **BODDIE, WILLIE**                                    RegNo: **40001-037**

## WELLNESS          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
|---|
|  |

PREVIOUS PROGRESS REPORT: 20150909

PREVIOUS PROGRESS REPORT: 20130122

PREVIOUS TEAM: 20090812


PREVIOUS TEAM: 20100304

Utilize Recreation Department to maintain a healthy lifestyle.

PREVIOUS TEAM: 20100827

Continue to utilize Recreation Department to maintain a healthy lifestyle.

PREVIOUS TEAM: 20110218

Continue to utilize Recreation Department to maintain a healthy lifestyle.

PREVIOUS TEAM: 20110813

Continue to utilize Recreation Department to maintain a healthy lifestyle.

PREVIOUS TEAM: 20120210

I recommend the inmate participate and get involved in Wellness courses consisting of Beg Wellness, Beg Nutrition, Weight Management, and Beg Human Anatomy. I recommend that the inmate get involved in any structured or unstructured Physical Fitness activity and utilize the Health Awareness Resource area in Recreation.

PREVIOUS TEAM: 20120727

Continue to exercise daily.

PREVIOUS TEAM: 20130122

I have no recommendation at this time.

PREVIOUS TEAM: 20130719


PREVIOUS TEAM: 20140124

Short/Long Term Goals: No current recommendation in this skill set required at this time. It is recommended that you focus your attention to other skill sets. Your unit team will review your current plan and reassess at sub-sequential teams.

PREVIOUS TEAM: 20140513

Progress: Boodie arrived at FCI Pekin on April 28, 2014, as a lesser security transfer. Due to his recent arrival, no programs have been completed.

Goal: Submit copout for Wellness by 11-2014 and complete once enrolled.

He is a Care Level 1 medical inmate

PREVIOUS TEAM: 20140629

Enroll in recreational programs to maintain health while incarcerated.  These classes can include AIDS Awareness, Lifestyle intervention, yoga, calisthenics, or a nutrition class

PREVIOUS TEAM: 20141219

Department of Justice                                                      Federal Bureau of Prisons
## INMATE SKILLS DEVELOPMENT PLAN        PROGRESS REPORT: 04-04-2016

## WELLNESS        *** Disregard Response Summary and utilize only the Progress & Goals section ***

| PREVIOUS TEAM: 20150526 |
|---|
| PREVIOUS TEAM: 20151028 |

## MENTAL HEALTH      *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| (!) | **SUBSTANCE ABUSE MANAGEMENT** <br> ⊖ evidence of inappropriate use of alcohol, prescription medications and/or illegal drugs in the year prior to arrest marijuana/hashish: Daily <br><br> ⊖ no history of substance abuse treatment <br> ① not currently participating in substance abuse treatment |
| (✓) | **MENTAL ILLNESS MANAGEMENT** <br> ⊕ no history of mental health diagnosis prior to incarceration <br><br> ⊕ no mental health diagnosis during incarceration <br><br> ⊕ no history of serious suicidal ideation or attempts |
| (!) | **TRANSITIONAL PLAN** <br> ⊕ no medication required upon release from custody <br> ⊕ does not require on-going treatment after release from custody <br> ⊖ psychology services does not recommend RRC placement |
| (✓) | **APPROPRIATE SEXUAL BEHAVIOR** <br> ⊕ no evidence of sexually inappropriate behavior |

Name: **BODDIE, WILLIE**                                                                RegNo: **40001-037**

**MENTAL HEALTH**        *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
|---|
| PREVIOUS PROGRESS REPORT: 20150909 |
| PREVIOUS PROGRESS REPORT: 20130122 |
| PREVIOUS TEAM: 20090812 |
| |
| PREVIOUS TEAM: 20100304 |
| Complete Non-Residential Drug Abuse Program through Psychology Services |
| Educated on how to enroll in institutional programs including the drug education program. |
| PREVIOUS TEAM: 20100827 |
| |
| PREVIOUS TEAM: 20110218 |
| |
| PREVIOUS TEAM: 20110813 |
| |
| PREVIOUS TEAM: 20120210 |
| |
| PREVIOUS TEAM: 20120727 |
| |
| PREVIOUS TEAM: 20130122 |
| PREVIOUS TEAM: 20130719 |
| |
| PREVIOUS TEAM: 20140124 |
| Inmate has no history of substance abuse, so seek Psychology Services as needed. |
| PREVIOUS TEAM: 20140513 |
| Progress: Boodie arrived at FCI Pekin on April 28, 2014, as a lesser security transfer. Due to his recent arrival, no programs have been completed. |
| Submit copout for Addictions by 05-2015 and complete once enrolled. |
| He is a Care Level 1 mental health inmate |
| PREVIOUS TEAM: 20140629 |
| Per JC, your judge recommended you to participate in the RDAP program.  See psychology staff about enrolling in this program by your next team. |
| PREVIOUS TEAM: 20141219 |
| |
| PREVIOUS TEAM: 20150526 |

Department of Justice

Federal Bureau of Prisons

## INMATE SKILLS DEVELOPMENT PLAN

## PROGRESS REPORT: 04-04-2016

**MENTAL HEALTH**     *** Disregard Response Summary and utilize only the Progress & Goals section ***

| PREVIOUS TEAM: 20151028 |
|---|

**COGNITIVE**     *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
| ⓘ | **GENERAL BEHAVIOR**<br>⊕ no evidence of behavioral problems as a juvenile<br><br>⊖ evidence of behavioral problems as an adult<br>ⓘ 100 series incident reports<br>ⓘ 300 series incident reports |
| ⓘ | **CRIMINAL HISTORY**<br>⊖ violent and/or sex offender (current/prior)<br>    drug offenses: Multiple occurrence(s) |
| ✓ | **DOMESTIC VIOLENCE/ABUSE**<br>⊕ no history of domestic violence or abuse |
| ✓ | **CRIMINAL BEHAVIOR**<br>⊕ no onset of criminal behavior before the age of 14<br>⊕ no criminal versatility: Convictions in less than 3 categories<br>⊕ no significant history of violence: Less than 2 violent convictions |

Name: **BODDIE, WILLIE**                                                      RegNo: **40001-037**

# COGNITIVE                    *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
|---|
| PREVIOUS PROGRESS REPORT: 20150909 |
| PREVIOUS PROGRESS REPORT: 20130122 |
| PREVIOUS TEAM: 20090812 |
| Maintain clear institutional conduct throughout remainder of incarceration. |
| PREVIOUS TEAM: 20100304 |
| Continue to make FRP payments in a timely manner. |
| PREVIOUS TEAM: 20100827 |
| Inmate continues to make FRP payments in a timely manner. |
| PREVIOUS TEAM: 20110218 |
| Inmate continues to make FRP payments in a timely manner. |
| PREVIOUS TEAM: 20110813 |
| Inmate continues to make FRP payments in a timely manner. |
| PREVIOUS TEAM: 20120210 |
| Inmate continues to make FRP payments in a timely manner. |
| PREVIOUS TEAM: 20120727 |
| Inmate continues to make FRP payments in a timely manner. |
| PREVIOUS TEAM: 20130122 |
| PREVIOUS TEAM: 20130719 |
| Short/Long Term Goals: No current recommendation in this skill set required at this time. It is recommended that you focus your attention to other skill sets. Your unit team will review your current plan and reassess at sub-sequential teams. |
| PREVIOUS TEAM: 20140124 |
| PREVIOUS TEAM: 20140513 |
| Progress: Boodie arrived at FCI Pekin on April 28, 2014, as a lesser security transfer. Due to his recent arrival, no programs have been completed. |
| Goal: No recommendations at this time due to recommendations in other areas. |
| PREVIOUS TEAM: 20140629 |
| Maintain clear conduct thru your incarceration. Enroll in criminal thinking class by next review date. |
| PREVIOUS TEAM: 20141219 |
| PREVIOUS TEAM: 20150526 |
| PREVIOUS TEAM: 20151028 |

**Department of Justice**                                          **Federal Bureau of Prisons**
## INMATE SKILLS DEVELOPMENT PLAN        PROGRESS REPORT: 04-04-2016

## CHARACTER        *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
|  | **PERSONAL CHARACTER**<br>⊖ insufficient variety of behaviors to warrant overall positive personal character<br>⊕ evidence of spirituality<br>  talks to a friend or mentor about spiritual/religious issues: Sometimes<br>  active participation in a faith group: Sometimes<br>  connected to outside spiritual/religious community: Sometimes<br>  examines actions to see if they reflect values: Sometimes<br>  finds meaning in times of hardship: Always<br>Ⓘ religious assignment: PROTESTANT |
|  | **PERSONAL RESPONSIBILITY** |

Name: **BODDIE, WILLIE**                                                                          RegNo: **40001-037**

## CHARACTER          *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals | |
|---|---|
| PREVIOUS PROGRESS REPORT: 20150909 | |

PREVIOUS PROGRESS REPORT: 20130122

PREVIOUS TEAM: 20090812


PREVIOUS TEAM: 20100304

Maintain Clear Conduct.

PREVIOUS TEAM: 20100827

Inmate has maintained clear conduct.

PREVIOUS TEAM: 20110218

Continue to maintain clear conduct.

PREVIOUS TEAM: 20110813

Continue to maintain clear conduct.

PREVIOUS TEAM: 20120210

Continue to maintain clear conduct.

PREVIOUS TEAM: 20120727

Continue to maintain clear conduct.

PREVIOUS TEAM: 20130122

I have no recommendation at this time.

PREVIOUS TEAM: 20130719

Unit Team recommendations follow:
-maintain clear conduct through 7/13 and 2/14.

PREVIOUS TEAM: 20140124

Progress: Inmate has maintained clear conduct through this rating period.

PREVIOUS TEAM: 20140513

Progress: Boodie arrived at FCI Pekin on April 28, 2014, as a lesser security transfer. Due to his recent arrival, no programs have been completed.

Goal: Submit copout for Ethics by 11-2014 and complete once enrolled.

PREVIOUS TEAM: 20140629

Enroll in Threshold program, parenting or family connections before next team.
Enroll in NA/AA by next review date.

PREVIOUS TEAM: 20141219


PREVIOUS TEAM: 20150526

Department of Justice

**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons

**PROGRESS REPORT: 04-04-2016**

## CHARACTER     *** Disregard Response Summary and utilize only the Progress & Goals section ***

| PREVIOUS TEAM: 20151028 |
|---|

## LEISURE     *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|---|---|
|  | **USE·OF LEISURE TIME**<br>⊕ activities indicative of positive use of leisure time:<br>⊕ participation in a faith group<br>⊕ family time<br>⊕ sports/exercise<br>⊕ movies/television/music<br>⊕ computers/video games<br>⊕ reading<br>⊕ park/recreation facilities |

Name: **BODDIE, WILLIE**                                                      RegNo: **40001-037**

## LEISURE                    *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
|---|
| PREVIOUS PROGRESS REPORT: 20150909 |
| PREVIOUS PROGRESS REPORT: 20130122 |
| PREVIOUS TEAM: 20090812 |
| Participate in leisure and recreation activities three times per week via the Recreation Department. |
| PREVIOUS TEAM: 20100304 |
| Inmate participates in Leisure Activities offered at this facility. |
| PREVIOUS TEAM: 20100827 |
| Continue to participate in Leisure Activities of your choice. |
| PREVIOUS TEAM: 20110218 |
| Continue to participate in Leisure Activities of your choice. |
| PREVIOUS TEAM: 20110813 |
| Continue to participate in Leisure Activities of your choice. |
| PREVIOUS TEAM: 20120210 |
| I recommend that the inmate participate in Leisure courses of their choice consisting of hobby craft classes, music classes, and/or get involved in any leisure leagues 50 & under and 50 & over.  I also recommend that they check out the Health Awareness Resource for books and videos located in Recreation. |
| PREVIOUS TEAM: 20120727 |
| I recommend that the inmate participate in Leisure courses of their choice consisting of hobby craft classes, music classes, and/or get involved in any leisure leagues 50 & under and 50 & over. I also recommend that they check out the Health Awareness Resource for books and videos located in Recreation. |
| PREVIOUS TEAM: 20130122 |
| I have no recommendation at this time. |
| PREVIOUS TEAM: 20130719 |
| Long term goal: Participate in the Communication Skills Program offered in Psychology Services by July 2014. This course helps participants discover new skills to communicate their ideas more effectively, become a better listener, avoid communication pitfalls, negotiate and resolve conflicts, handle group interactions, learn emotion-regulation techniques, and to productively communicate with peers, authority figures, friends and family. |
| PREVIOUS TEAM: 20140124 |
| Progress: Inmate Boddie has completed the following classes. BREAKING BARRIERS , STRONGER ABS/BACK INSTRUCTION STUDY OF DIABETES   BASIC NUTRITION COURSE BEG STRESS, HEALTH, & COPING. |
| PREVIOUS TEAM: 20140513 |
| Progress: Boodie arrived at FCI Pekin on April 28, 2014, as a lesser security transfer. Due to his recent arrival, no programs have been completed. Goal: Submit copout for the Threshold program by 05-2015 and complete once enrolled. |
| PREVIOUS TEAM: 20140629 |

Department of Justice

Federal Bureau of Prisons

## INMATE SKILLS DEVELOPMENT PLAN     PROGRESS REPORT: 04-04-2016

**LEISURE**                *** Disregard Response Summary and utilize only the Progress & Goals section ***

Use your leisure time wisely.  Enroll in recreational, educational and religious services programs by next team

PREVIOUS TEAM: 20141219


PREVIOUS TEAM: 20150526

PREVIOUS TEAM: 20151028

**DAILY LIVING**           *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Status | Response Summary |
|--------|------------------|
| ✔ | **FINANCIAL MANAGEMENT**<br>⊕ knowledge in maintaining checking account<br>⊕ knowledge in maintaining savings account<br>⊕ knowledge in utilizing an ATM debit card<br>⊕ knowledge in obtaining loans<br>⊕ has an established positive credit history<br>⊕ lived within financial means<br>⊕ pays monthly bills on time |
| ✔ | **FOOD MANAGEMENT**<br>⊕ possesses grocery shopping/consumer skills<br>⊕ makes good nutritional choices to maintain health<br>⊕ possesses basic food preparation skills<br>⊕ knowledgeable in accessing community resources to obtain food |
| ✔ | **PERSONAL HYGIENE/SANITATION**<br>⊕ good personal hygiene and sanitation<br>① quarters assignment: HOUSE D/RANGE 02/BED 203L |
| ❗ | **TRANSPORTATION**<br>⊖ does not have valid driver's license<br>⊕ No outstanding motor vehicle violations<br><br>⊖ does not own personal vehicle with appropriate insurance<br>⊕ possesses public transportation skills and has access to public transportation |
| ❗ | **IDENTIFICATION**<br>⊖ does not have photo identification<br>⊖ does not have birth certificate<br>⊖ does not have social security card |
| ❗ | **HOUSING**<br>⊕ established housing year prior to incarceration<br>① established housing: paid rent<br>① established housing: lived alone<br>① established housing: non-publicly assisted<br>⊕ established housing not in a high crime neighborhood<br><br>⊖ no secured housing upon release |

Generated: 04-04-2016 15:47:08            Page 22            ISDS Version: 1.6.2d

Name: **BODDIE, WILLIE**                                                                 RegNo: **40001-037**

## DAILY LIVING            *** Disregard Response Summary and utilize only the Progress & Goals section ***

| | |
|---|---|
| | ① other: Life Sentence |
|  | **RESIDENTIAL REENTRY CENTER (RRC) PLACEMENT**<br>⊖ not recommended for RRC placement<br>① Managment Decision: Life sentence |
|  | **FAMILY CARE**<br>⊕ not responsible for obtaining child care for any dependent children upon release<br>⊕ not responsible for obtaining elder care for any dependent(s) upon release<br>⊕ not responsible for obtaining any other special services for dependents upon release |

Department of Justice

**INMATE SKILLS DEVELOPMENT PLAN**

Federal Bureau of Prisons

**PROGRESS REPORT: 04-04-2016**

**DAILY LIVING**      *** Disregard Response Summary and utilize only the Progress & Goals section ***

| Progress and Goals |
|---|
| PREVIOUS PROGRESS REPORT: 20150909 |
| PREVIOUS PROGRESS REPORT: 20130122 |
| PREVIOUS TEAM: 20090812 |
| Maintain proper hygiene and cell sanitation throughout incarceration. |
| PREVIOUS TEAM: 20100304 |
| Enroll in at least 1 Educ./VT/ACE Course by Sept. 2, 2010. |
| PREVIOUS TEAM: 20100827 |
| Participate in at least 1 Educ./VT/ACE Course by Feb. 25, 2011. |
| PREVIOUS TEAM: 20110218 |
| Inmate is currently enrolled in several Educational Courses. |
| PREVIOUS TEAM: 20110813 |
| Enroll in 1 Educ./VT/ACE Course by Feb. 11, 2012. |
| PREVIOUS TEAM: 20120210 |
| Participate in 1 Educ./VT/ACE Course by Aug. 8, 2012. |
| PREVIOUS TEAM: 20120727 |
| Complete 1 Educ./VT/ACE Course by Jan. 25, 2013. |
| PREVIOUS TEAM: 20130122 |
| Progress: Inmate Failed to follow recommendation from last team. |
| PREVIOUS TEAM: 20130719 |
| |
| PREVIOUS TEAM: 20140124 |
| Short Term Goal #1: Work with your outside resources including your immediate family to submit the following to your Case Manager: Social Security Card, State Identification (Drivers License), and a copy of your Birth Certificate. If you are unable to obtain this information, communicate that with the unit staff at your next Program Review. |
| PREVIOUS TEAM: 20140513 |
| Progress: Boodie arrived at FCI Pekin on April 28, 2014, as a lesser security transfer. Due to his recent arrival, no programs have been completed. |
| Goal: No recommendations at this time due to recommendations in other areas. |
| PREVIOUS TEAM: 20140629 |
| Maintain clean cell and daily hygiene.  Enroll in classes such as money smart, prison to paycheck, or financial peace before next team.<br>RRC Ineligible (life Sentence) |
| PREVIOUS TEAM: 20141219 |
| Inmate Boddle is on wait list from financial peace class.<br>Complete financial peace by next review date. |

Name: **BODDIE, WILLIE**                                                            RegNo: **40001-037**

## DAILY LIVING          *** Disregard Response Summary and utilize only the Progress & Goals section ***

RRC Ineligible (life Sentence)

PREVIOUS TEAM: 20150526

RRC Ineligible (life Sentence)
Inmate has completed release preparation courses..

PREVIOUS TEAM: 20151028

RRC Ineligible (life Sentence)
Inmate has completed release preparation courses..

Department of Justice

# INMATE SKILLS DEVELOPMENT PLAN

Federal Bureau of Prisons

## PROGRESS REPORT: 04-04-2016

## INMATE SKILLS STATUS

| Status | Initial Assessment 08-12-2009 | Previous Assessment 10-28-2015 | Current Assessment 04-04-2016 |
|---|---|---|---|
| (!) Attention Required | 34.4% | 33.1% | 33.1% |
| (▬) Mitigating Issues | 0% | 0% | 0% |
| (?) Unanswered | 42.8% | 21.7% | 21.7% |
| (✓) Satisfactory | 20.6% | 42.8% | 42.8% |
| (∅) Not Applicable | 2.2% | 2.5% | 2.5% |

| Skill Area | Attention Required (!) | Mitigating Issues (▬) | Unanswered (?) | Satisfactory (✓) | Not Applicable (∅) |
|---|---|---|---|---|---|
| Academic | 5% | 0% | 0% | 90% | 0% |
| Vocational/Career | 75% | 0% | 25% | 0% | 0% |
| Interpersonal | 7.5% | 0% | 90% | 0% | 2.5% |
| Wellness | 30% | 0% | 0% | 50% | 20% |
| Mental Health | 50% | 0% | 0% | 50% | 0% |
| Cognitive | 45% | 0% | 0% | 55% | 0% |
| Character | 20% | 0% | 80% | 0% | 0% |
| Leisure | 0% | 0% | 0% | 100% | 0% |
| Daily Living | 65% | 0% | 0% | 35% | 0% |

Name: **BODDIE, WILLIE**                                          RegNo: **40001-037**

## SIGNATURES

| Individual | Signature | Date |
|---|---|---|
| Case Manager:<br>K. PROPHET, EXT 5606 | | 4/4/2016 |
| [ ] Chairperson<br>or<br>[ ] Unit Manager:<br>D. BRYANT, EXT X5601 | | |
| Inmate:<br>BODDIE, WILLIE<br>40001-037 | | |