

## Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: BODDIE, WILLIE   40001-037

SEQUENCE: 00184458
Report Date: 06-03-2020



| | |
|---|---|
| Facility: YAZ YAZOO CITY FCI | Custody Level: IN |
| Name: BODDIE, WILLIE | Security Level: MEDIUM |
| Register No.: 40001-037 | Proj. Rel Date: UNKNOWN |
| Quarters: E01-217L | Release Method: LIFE |
| Age: 49 | DNA Status: VIP02830 / 11-21-2011 |
| Date of Birth: | |

### Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| CT. 1, T21:841(A)(1) & 846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE AND TO DISTRIBUTE COCAINE. CTS. 7&8, T18:1956(A)(1)(A)(B) & (H) CONSPIRACY TO COMMIT MONEY LAUNDERING, CTS. 12, 18 & 21, T18:1956(A)(1)(B) MONEY LAUNDERING. | LIFE |

Date Sentence Computation Began: 12-10-1999
Sentencing District: INDIANA, SOUTHERN DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit - InOp Time |
|---|---|---|---|
| 0 / 0 / 0 | 0 | Years: 21 Months: 9 Days: | + 399  JC - 0  InOp |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Program Plans

Mr. Boddie arrived on January 12, 2016. It has been recommended that he participate in a variety of educational, psychological, and recreational programs.

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| YAM | UNTORD-E1 | UNITS: UNIT ORDERLY - E1 | 08-21-2020 |

### Work Assignment Summary

Mr. Boddie is currently assigned a Unit Orderly. He has had the above work assignment.

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| YAM | ESL HAS | ENGLISH PROFICIENT | 03-01-2000 |
| YAM | GED EARNED | GED EARNED IN BOP | 12-07-2000 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| YAM | C | YOGA I | 01-04-2018 | 03-10-2018 |
| YAM | C | ADVANCE CDL CLASS | 09-07-2017 | 11-13-2017 |
| YAM | C | RPP4 CCC/USPO/AUSA SEMINAR | 02-11-2017 | 05-05-2017 |
| YAM | C | RPP5 RELEASE REQUIREMENTS | 02-11-2017 | 05-05-2017 |
| YAM | C | UNDERSTANDING CREDIT | 11-03-2016 | 01-17-2017 |
| YAM | C | SPANISH I | 11-03-2016 | 01-17-2017 |
| YAM | C | RPP3 BUYING A HOME | 11-12-2016 | 12-12-2016 |
| YAM | C | RPP3 CHECKING AND SAVINGS | 11-12-2016 | 12-12-2016 |
| YAM | C | RPP3 BUDGETING | 09-30-2016 | 10-28-2016 |
| YAM | C | PUBLIC SPEAKING | 08-22-2016 | 10-20-2016 |
| YAM | C | CREATIVE WRITING II | 08-23-2016 | 10-20-2016 |
| YAM | C | RPP2 JOB SEARCH | 08-17-2016 | 09-26-2016 |
| YAM | C | RPP2 JOB APPLICATION | 06-11-2016 | 09-12-2016 |
| YAM | C | CREATIVE WRITING | 06-02-2016 | 08-04-2016 |
| YAM | C | HEALTH/NUTRITION | 06-02-2016 | 08-04-2016 |

## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: BODDIE, WILLIE 40001-037

SEQUENCE: 00184458
Report Date: 06-03-2020

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| YAM | C | BASIC KEYBOARDING SKILLS | 06-02-2016 | 08-04-2016 |
| YAM | C | RPP3-FINANCIAL ANALYSIS 2 | 04-15-2016 | 06-07-2016 |
| YAM | C | RPP 2-BUSINESS PLANNING 2 | 04-16-2016 | 06-07-2016 |
| YAM | C | RPP3-FINANCIAL ANALYSIS 1 | 02-26-2016 | 03-31-2016 |
| YAM | C | RPP2 ENTREPRENEUR OPPORTUNITY | 02-26-2016 | 03-31-2016 |
| YAM | C | RPP1 AIDS AWARENESS | 01-14-2016 | 01-14-2016 |
| GRE | C | BLOOD PRESSURE SELF STUDY | 12-01-2015 | 12-17-2015 |
| GRE | C | MEDICAL SCREENING SELF STUDY | 12-01-2015 | 12-17-2015 |
| GRE | C | WELLNESS SELF STUDY | 12-01-2015 | 12-17-2015 |
| GRE | C | EXERCISE GOAL SETTING S-STUDY | 11-02-2015 | 11-19-2015 |
| GRE | C | CORONARY RISK FACTORS SELF SUD | 11-02-2015 | 11-19-2015 |
| GRE | C | SHU RESUME WRITING SELF STUDY | 11-02-2015 | 11-19-2015 |
| GRE | C | SHU MONEY SMART SELF STUDY | 11-02-2015 | 11-19-2015 |
| GRE | C | EXERCISE MOTIVATION SELF STUDY | 10-26-2015 | 11-05-2015 |
| GRE | C | CARDIOVASCULAR SELF STUDY | 10-26-2015 | 11-05-2015 |
| GRE | C | EXERCISE PHYSIOLOGY SELF STUDY | 10-26-2015 | 11-05-2015 |
| GRE | C | CDL SELF STUDY SHU | 10-05-2015 | 10-22-2015 |
| GRE | C | RPP6 LIFESTYLE INTERVENTION | 01-27-2015 | 03-16-2015 |
| GRE | C | RPP1 ANATOMY & PHYSIOLOGY | 12-11-2014 | 02-13-2015 |
| GRE | C | RPP 5 HALFWAY HOUSE PREP | 12-11-2014 | 01-22-2015 |
| GRE | C | COMPUTER LAB TYPING COURSE | 11-20-2014 | 01-15-2015 |
| GRE | C | RPP1 HIV EDUCATION | 11-12-2014 | 01-14-2015 |
| GRE | C | REL VIDEO-CONFER FEDERAL JUDGE | 11-12-2014 | 11-12-2014 |
| GRE | C | RPP6 3 STEPS TO SUCCESS | 09-02-2014 | 10-23-2014 |
| VIP CODE | C | BREAKING BARRIERS | 07-11-2013 | 09-30-2013 |
| VIP | C | STRONGER ABS/BACK INSTRUCTION | 08-29-2013 | 09-26-2013 |
| VIP | C | STUDY OF DIABETES | 08-26-2013 | 09-23-2013 |
| VIP | C | BASIC NUTRITION COURSE | 07-17-2013 | 08-21-2013 |
| VIP | C | BEG STRESS, HEALTH, & COPING | 07-15-2013 | 08-21-2013 |
| VIP | C | THE TIME MACHINE | 03-01-2012 | 03-30-2012 |
| VIP | C | GULLIVERS TRAVELS | 03-01-2012 | 03-30-2012 |
| VIP | C | DECIMALS | 03-01-2012 | 03-30-2012 |
| VIP | C | LEARNING BASIC ENGLISH | 03-01-2012 | 03-30-2012 |
| VIP | C | CLASSIC LIT. SHERLOCK HOLMES | 03-01-2011 | 03-31-2011 |
| VIP | C | 20 THOUSAND LEAGUES UNDER SEA | 03-01-2011 | 03-31-2011 |
| VIP | C | BIOGRAPHIES-SPORTS | 03-01-2011 | 03-31-2011 |
| VIP | C | CLASSIC LAST OF THE MOCHICANS | 03-01-2011 | 03-31-2011 |
| VIP | C | CLASSIC LITERATURE-IVAN HOE | 03-01-2011 | 03-31-2011 |
| VIP | C | BASIC NUTRITION COURSE | 01-11-2011 | 02-15-2011 |
| VIP | C | STUDY OF HUMAN BODY | 01-14-2011 | 02-18-2011 |
| VIP | C | SPORTS INJURY WELLNESS CLASS | 01-13-2011 | 02-17-2011 |
| VIP | C | STUDY OF DIABETES | 01-12-2011 | 02-16-2011 |
| VIP | C | RPP USP CMC RPP OVERVIEW (C5) | 02-24-2010 | 02-24-2010 |
| THA | C | RPP RATIONAL BEHAVIOR GROUP | 04-09-2001 | 06-08-2001 |
| THA | C | INTERMEDIATE GED 1200-1400 | 03-16-2000 | 12-07-2000 |

### Education Information Summary
Mr. Boddie has completed the above educational programs.

### Discipline Reports

| Hearing Date | Prohibited Acts |
|---|---|
| 10-06-2009 | 297 : PHONE ABUSE-DISRUPT MONITORING |
| 05-11-2005 | 108 : POSSESSING A HAZARDOUS TOOL |
| 02-04-2003 | 397 : PHONE ABUSE - NO CIRCUMVENTION |

### Discipline Summary



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: BODDIE, WILLIE  40001-037

SEQUENCE: 00184458
Report Date: 06-03-2020

Mr. Boddie has received the above incident reports.

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| YAM | A-DES | TRANSFER RECEIVED | 01-12-2016 | CURRENT |
| GRE | A-DES | TRANSFER RECEIVED | 06-19-2014 | 12-21-2015 |
| PEK | A-DES | TRANSFER RECEIVED | 04-28-2014 | 06-19-2014 |
| VIP | A-DES | TRANSFER RECEIVED | 02-05-2010 | 04-24-2014 |
| THP CHG | A-DES | TRANSFER RECEIVED | 01-12-2010 | 01-12-2010 |
| THP CHG | A-DES | TRANSFER RECEIVED | 03-30-2005 | 11-06-2009 |
| THA | A-DES | US DISTRICT COURT COMMITMENT | 01-05-2000 | 03-30-2005 |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 01-13-2016 |
| CARE1-MH | CARE1-MENTAL HEALTH | 12-15-2010 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 01-13-2016 |
| YES F/S | CLEARED FOR FOOD SERVICE | 01-13-2016 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|
| CHG COMP | CHALLENGE COMPLETED | 06-22-2007 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DRG E COMP | DRUG EDUCATION COMPLETED | 07-10-2006 |

### Physical and Mental Health Summary

Mr. Boddie is Care 1 Medical and Care 1 Mental Health.

### FRP Details

Most Recent Payment Plan

FRP Assignment: **PART**   FINANC RESP-PARTICIPATES   Start: 08-01-2014
Inmate Decision: **AGREED**   $25.00   Frequency: QUARTERLY
Payments past 6 months: $25.00   Obligation Balance: $634.02

Financial Obligations:

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $600.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
|   | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | | | |
| 2 | FINE | $5,000.00 | $634.02 | IMMEDIATE | AGREED |

| Adjustments: | Date Added | Facl | Adjust Type | Reason | Amount |
|---|---|---|---|---|---|
|  | 03-11-2020 | YAM | PAYMENT | INSIDE PMT | $25.00 |

### Financial Responsibility Summary

At the time of sentencing Mr. Boddie was ordered to pay a $600.00 felony assessment and $5,000.00 in fine. To date this obligation has a balance $634.02. His payments are current as recommended.

### Release Planning

** No notes entered **

### General Comments

** No notes entered **

```
YAM80   540*23  *          SENTENCE MONITORING          *    08-28-2020
PAGE 001         *          COMPUTATION DATA             *    15:31:01
                             AS OF 08-28-2020

REGNO..: 40001-037 NAME: BODDIE, WILLIE


PBI NO..........: 673647JB6       DATE OF BIRTH: 01-20-1971  AGE:  49
ARS1............: YAM/A-DES
UNIT............: ECHO            QUARTERS.....: E01-217L
DETAINERS.......: NO              NOTIFICATIONS: NO


THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE: LIFE


---------------------CURRENT JUDGMENT/WARRANT NO: 010 ---------------------

COURT OF JURISDICTION...........: INDIANA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 1:98CR00038-002
JUDGE...........................: MCKINNEY
DATE SENTENCED/PROBATION IMPOSED: 12-10-1999
DATE COMMITTED..................: 01-05-2000
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:  $600.00         $00.00           $5,000.00    $00.00

RESTITUTION...: PROPERTY: NO    SERVICES: NO      AMOUNT: $00.00

----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....: 391    21:846 SEC 841-851 ATTEMPT
OFF/CHG: CT. 1, T21:841(A)(1) & 846 CONSPIRACY TO POSSESS WITH INTENT
         TO DISTRIBUTE AND TO DISTRIBUTE COCAINE.
         CTS. 7&8, T18:1956(A)(1)(A)(B) & (H) CONSPIRACY TO COMMIT
         MONEY LAUNDERING, CTS. 12, 18 & 21, T18:1956(A)(1)(B) MONEY
         LAUNDERING.

SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
SENTENCE IMPOSED/TIME TO SERVE..: LIFE
TERM OF SUPERVISION.............:    5 YEARS
CLASS OF OFFENSE................: CLASS A FELONY
DATE OF OFFENSE.................: 06-01-1998




G0002       MORE PAGES TO FOLLOW . . .
```