| BP-A621.060 | | U.S. DEPARTMENT OF JUSTICE |
|---|---|---|
| FEB 05 | | FEDERAL BUREAU OF PRISONS |

## AUTHORIZATION FOR RELEASE OF MEDICAL INFORMATION

| Inmate Name<br>Willie Boddie | Register Number<br>40001-037 | Date<br>7-20-20 |
|---|---|---|
| | Date of Birth | Social |

I hereby authorize and request the Federal Bureau of Prisons to:

[✓] release information to, or   [ ] obtain information from

**PLEASE CONTACT IF PAYMENT IS REQUIRED PRIOR TO FILLING REQUEST**

Name/Facility: Jeffrey A. Baldwin, Attorney at Law

Address: ONE INDIANA SQUARE, 211 N. Pennsylvania Street, Suite 2400

City, State, Zip: INDIANAPOLIS, IN 46204

I understand the information is to be used for (specific reason for release of information):

[ ] Continuation of care, or   [✓] Other current legal proceedings

Information to be Released/Obtained: Copy of and/or information from my medical file pertaining to my evaluation and treatment received from _____ to _____.

This is to include:
[✓] Complete Record   [✓] Discharge Summary   [✓] History & Physical
[✓] Operative Reports   [✓] Consultations   [✓] Progress Notes   [✓] X-ray Reports
[✓] Laboratory Reports   [✓] Pathology Reports   [ ] Actual Films*#   [ ] Actual Slides*
[ ] Other:_____

*will be returned
#duplicates accepted

I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand that information used or disclosed pursuant to this authorization could be subject to redisclosure by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality. I understand that I may revoke this consent at any time by sending a written notice to the Supervisor of Medical Records. I understand that any release which has been made prior to my revocation and which was made in reliance upon this authorization shall not constitute a breach of my rights to confidentiality. This authorization will automatically expire three months from the date of the signature.

| Signature of Patient *Willie Boddie*<br>FAX SIGNATURE VALID ORIGINAL | Date (Month, Day, Year)<br>7-20-20 | Staff Witness |
|---|---|---|

**SPECIFIC AUTHORIZATION FOR RELEASE OF INFORMATION PROTECTED BY STATE OR FEDERAL LAW.**
Must sign below, to Release Protected Information.

I specifically authorize the release of data and information relating to:
[✓] 1. Substance Abuse   [✓] 2. Mental Health   [✓] 3. HIV

*Willie Boddie*   Date 7-20-20
Signature

Deliver Records To:   (Institution Address & Fax number)

Jeffrey A. Baldwin
Attorney at Law
One Indiana Square
211 N. Pennsylvania Street, Suite 2400
Indianapolis, IN 46204
Fax: 317/631-1199

(This form may be replicated via WP)        This form replaces BP-S621 Dtd AUG 96