Discharge Instructions Document

MERRIWEATHER, RYAN A A - 6086785(SWG)

# St. Joseph's Westgate Medical Center
## 7300 N 99th Avenue
## Glendale, AZ 85305
## (602) 406-0100

## MERRIWEATHER, RYAN A

**DOB:**
**MRN:** 6086785(SWG)
**Visit Date:** 09/11/2020

# Inpatient Discharge Instructions

## Your Care Team

**Admitting Physician -** Weyer, Janelle L MD
**Attending Physician -** Weyer, Janelle L MD
**Consulting Physician -** Ahmad, Zeshan MD
                          Osondu, Ngozi A MD
                          Udall, Craig K DPM
**Lifetime Physician(PCP) -** PCP, Unknown
**Referring Physician -** Weyer, Janelle L MD

## Discharge Vitals

**Temperature** 36.5 °C (Oral) **TMIN** 36.4 °C (Oral) **TMAX** 36.9 °C (Oral) **Heart Rate** 74 **Respiratory Rate** 18 **Blood Pressure** 141/63

## Your Diagnosis

Cellulitis
Foot ulcer
Osteomyelitis of ankle or foot, left, acute

# What to do next

## Additional Patient Instructions

Keep the surgical dressing dry at all times. If you bathe, wrap a waterproof bag around the dressing. Elevate the foot when you're in bed or reclining; your foot should be free-floating. Do not walk on forefoot and wear the surgical shoe when out of bed at all times. Keep the dressing



Discharge Instructions Document

MERRIWEATHER, RYAN A A - 6086785(SWG)

intact; it is to be removed by Dr. Udall when you see him at his office on 9/24/2020. Call for an appointment - tell them Dr. Udall is expecting to see you on that day. If you have any questions or concerns about the surgical site/dressing/wound care prior to your appointment, call Dr. Udall's office.

## You May Need to Schedule the Following Appointments

**Follow Up with** Craig Udall, Ortho - Podiatry, Ortho - Podiatry
**When** In 8 days 09/24/2020 MST

**Why:** Call Dr. Udall's office to make an appointment. He is expecting to see you.

**Where:** 7330 N 99th Ave Suite 325 Glendale, AZ 85307- (623) 882-1292 Business (1)

**Follow Up with** Follow up with primary care provider
**When** Within 1 week

**Where:**

We encourage you to sign up for My Portal, where you can easily access your medical records and test results from all Dignity Health care centers.

Please sign up in one of the following ways:

1. Email invitation. You may have a message in your inbox. Please click the link provided to create an account. OR

2. Self-enrollment. Please go to https://dignityhealth.org/enroll-now and fill out your information. We'll send you a verification code to complete the process. OR

3. Request an invitation at your next clinic or hospital visit. Please ask a staff member and they will be happy to assist you.

## Medications

| | What | How Much | When | Instructions | Next Dose |
|---|---|---|---|---|---|
| *New* | ciprofloxacin (Cipro 500 mg oral tablet) | 1 tab(s) By mouth | Every 12 hours | Duration: 10 Days Pickup at CVS/pharmacy #10229 | As directed. |

Discharge Instructions Document

MERRIWEATHER, RYAN A A - 6086785(SWG)

| | What | How Much | When | Instructions | Next Dose |
|---|---|---|---|---|---|
| *Unchanged* | acetaminophen (Tylenol 325 mg oral tablet) | 1 tab(s) By mouth | Three times daily as needed for Fever | | As directed. |
| *Unchanged* | celecoxib (CeleBREX 200 mg oral capsule) | 1 cap By mouth | Twice daily with meals | | 09.17.2020 |
| *Unchanged* | dexamethasone (dexamethasone 2 mg oral tablet) | 2 tab(s) By mouth | Once daily | | 09.17.2020 |
| *Unchanged* | DULoxetine (DULoxetine 30 mg oral delayed release capsule) | 2 cap By mouth | Once daily | | 09.17.2020 |
| *Unchanged* | DULoxetine (DULoxetine 30 mg oral delayed release capsule) | 2 cap By mouth | Once daily | | Duplicate. |
| *Unchanged* | folic acid (folic acid 1 mg oral tablet) | 4 tab(s) By mouth | Once daily | ON THE DAYS YOU DON'T TAKE METHOTREXATE. | As directed. |
| *Unchanged* | gabapentin (gabapentin 600 mg oral tablet) | 1 tab(s) By mouth | Three times daily | | 09.16.2020 |
| *Unchanged* | methotrexate (methotrexate 10 mg oral tablet) | See instructions | | Take 1 1/2 tablets oncce a week. | As directed. |
| *Unchanged* | mexiletine (mexiletine 150 mg oral capsule) | 1 cap By mouth | Every 8 hours | start 150 mg once a day in the AM for week 1, 150mg twice a day for week 2 and then increase to 150 mg three times a day | As directed. |

Discharge Instructions Document

MERRIWEATHER, RYAN A A - 6086785(SWG)

| | What | How Much | When | Instructions | Next Dose |
|---|---|---|---|---|---|
| *Unchanged* | oxyCODONE (oxyCODONE 5 mg oral tablet) | 15 Milligram By mouth | Every 6 hours as needed for Pain Scale (See Comments) | | As directed. |
| *Unchanged* | sodium hypochlorite topical (sodium hypochlorite 0.125% topical solution) | 1 Application Apply to skin (affected area) | Every morning | | N/A. Do not remove dressing. |

**Pharmacy Information**
CVS/pharmacy #10229: 280 N Avondale Blvd Avondale, AZ 853236902 (623) 882 - 2021

| | What | How Much | When | Comments |
|---|---|---|---|---|
| *Stop Taking* | zinc sulfate (zinc sulfate 220 mg oral capsule) | 1 cap By mouth | Once daily | |

# Discharge Orders

**Discharge Orders:**

**Discharge**  Today, Home ~~with Home Health~~

**DME Supply**  DME Ordered: Orthopedic/Neuro Needs, Orthopedic/Neuro Needs: Wheel Chair - Bariatric, Elevated Leg Re, Laterality: Left, Diagnosis: L foot osteo, Requested Start Date/Time: 09/16/20 10:56:00 MST  *Declined. Wheelchair provided 07/2020*

# Education Materials

### Antibiotic Medicine, Adult

Discharge Instructions Document

MERRIWEATHER, RYAN A A - 6086785(SWG)



Antibiotic medicines treat infections caused by a type of germ called bacteria. They work by killing the bacteria that make you sick.

## When do I need to take antibiotics?

You often need these medicines to treat bacterial infections, such as:

- A urinary tract infection (UTI).
- Strep throat.
- Meningitis. This affects the spinal cord and brain.
- A bad lung infection.

You may start the medicines while your doctor waits for tests to come back. When the tests come back, your doctor may change or stop your medicine.

## When are antibiotics not needed?

You do not need these medicines for most common illnesses, such as:

- A cold.
- The flu.
- A sore throat.

Antibiotics are not always needed for all infections caused by bacteria. **Do not** ask for these medicines, or take them, when they are not needed.

## What are the risks of taking antibiotics?

Most antibiotics can cause an infection called Clostridioides difficile (C. diff). This causes watery poop (diarrhea). Let your doctor know right away if:

- You have watery poop while taking an antibiotic.
- You have watery poop after you stop taking an antibiotic. The illness can happen weeks after you stop the medicine.

You also have a risk of getting an infection in the future that antibiotics cannot treat (antibiotic-resistant infection). This type of infection can be dangerous.

## What else should I know about taking antibiotics?

Discharge Instructions Document                    MERRIWEATHER, RYAN A A - 6086785(SWG)



- You need to take the entire prescription.
  - Take the medicine for as long as told by your doctor.
  - **Do not** stop taking it even if you start to feel better.
- Try not to miss any doses. If you miss a dose, call your doctor.
- Birth control pills may not work. If you take birth control pills:
  - Keep on taking them.
  - Use a second form of birth control, such as a condom. Do this for as long as told by your doctor.
- Ask your doctor:
  - How long to wait in between doses.
  - If you should take the medicine with food.
  - If there is anything you should stay away from while taking the antibiotic, such as:
    - Food.
    - Drinks.
    - Medicines.
  - If there are any side effects you should watch for.
- Only take the medicines that your doctor told you to take. **Do not** take medicines that were given to someone else.
- Drink a large glass of water with the medicine.
- Ask the pharmacist for a tool to measure the medicine, such as:
  - A syringe.
  - A cup.
  - A spoon.
- Throw away any extra medicine.

## Contact a doctor if:

- You get worse.
- You have new joint pain or muscle aches after starting the medicine.
- You have side effects from the medicine, such as:
  - Stomach pain.
  - Watery poop.
  - Feeling sick to your stomach (nausea).

## Get help right away if:

- You have signs of a very bad allergic reaction. If this happens, stop taking the medicine right away. Signs may include:
  - Hives. These are raised, itchy, red bumps on the skin.
  - Skin rash.

Discharge Instructions Document                                    MERRIWEATHER, RYAN A A - 6086785(SWG)

- ○ Trouble breathing.
- ○ Wheezing.
- ○ Swelling.
- ○ Feeling dizzy.
- ○ Throwing up (vomiting).
- Your pee (urine) is dark, or is the color of blood.
- Your skin turns yellow.
- You bruise easily.
- You bleed easily.
- You have very bad watery poop and cramps in your belly.
- You have a very bad headache.

## Summary

- Antibiotics are often used to treat infections caused by bacteria.
- Only take these medicines when needed.
- Let your doctor know if you have watery poop while taking an antibiotic.
- You need to take the entire prescription.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 09/26/2009 Document Revised: 01/24/2020 Document Reviewed: 12/20/2017
Elsevier Patient Education © 2020 Elsevier Inc.

# Osteomyelitis, Adult



Osteomyelitis

Bone infections (osteomyelitis) occur when bacteria or other germs get inside a bone. This can happen if you have an infection in another part of your body that spreads through your blood. Germs from your skin or from outside of your body can also cause this type of infection if you have a wound or a broken bone (fracture) that breaks the skin.

Bone infections need to be treated quickly to prevent bone damage and to prevent the infection from spreading to other areas of your body.

## What are the causes?

Most bone infections are caused by bacteria. They can also be caused by other germs, such as viruses and funguses.

Discharge Instructions Document                                    MERRIWEATHER, RYAN A A - 6086785(SWG)

## What increases the risk?

You are more likely to develop this condition if you:

- Recently had surgery, especially bone or joint surgery.
- Have a long-term (chronic) disease, such as:
  - Diabetes.
  - HIV (human immunodeficiency virus).
  - Rheumatoid arthritis.
  - Sickle cell anemia.
  - Kidney disease that requires dialysis.
- Are aged 60 years or older.
- Have a condition or take medicines that block or weaken your body's defense system (immune system).
- Have a condition that reduces your blood flow.
- Have an artificial joint.
- Have had a joint or bone repaired with plates or screws (surgical hardware).
- Use IV drugs.
- Have a central line for IV access.
- Have had trauma, such as stepping on a nail or a broken bone that came through the skin.

## What are the signs or symptoms?

Symptoms vary depending on the type and location of your infection. Common symptoms of bone infections include:

- Fever and chills.
- Skin redness and warmth.
- Swelling.
- Pain and stiffness.
- Drainage of fluid or pus near the infection.

## How is this diagnosed?

This condition may be diagnosed based on:

- Your symptoms and medical history.
- A physical exam.
- Tests, such as:
  - A sample of tissue, fluid, or blood taken to be examined under a microscope.
  - Pus or discharge swabbed from a wound for testing to identify germs and to determine what type of medicine will kill them (culture and sensitivity).
  - Blood tests.
- Imaging studies. These may include:
  - X-rays.
  - MRI.

Discharge Instructions Document

- ○ CT scan.
- ○ Bone scan.
- ○ Ultrasound.

## How is this treated?

Treatment for this condition depends on the cause and type of infection. Antibiotic medicines are usually the first treatment for a bone infection. This may be done in a hospital at first. You may have to continue IV antibiotics at home or take antibiotics by mouth for several weeks after that.

Other treatments may include surgery to remove:

- Dead or dying tissue from a bone.
- An infected artificial joint.
- Infected plates or screws that were used to repair a broken bone.

## Follow these instructions at home:

### Medicines



- Take over-the-counter and prescription medicines only as told by your health care provider.
- Take your antibiotic medicine as told by your health care provider. **Do not** stop taking the antibiotic even if you start to feel better.
- Follow instructions from your health care provider about how to take IV antibiotics at home. You may need to have a nurse come to your home to give you the IV antibiotics.

### General instructions



- Ask your health care provider if you have any restrictions on your activities.
- If directed, put ice on the affected area:
  - ○ Put ice in a plastic bag.
  - ○ Place a towel between your skin and the bag.

Discharge Instructions Document

MERRIWEATHER, RYAN A A - 6086785(SWG)

- ◦ Leave the ice on for 20 minutes, 2–3 times a day.
- ◦ Wash your hands often with soap and water. If soap and water are not available, use hand sanitizer.
- • **Do not** use any products that contain nicotine or tobacco, such as cigarettes and e-cigarettes. These can delay bone healing. If you need help quitting, ask your health care provider.
- • Keep all follow-up visits as told by your health care provider. This is important.

## Contact a health care provider if:

- • You develop a fever or chills.
- • You have redness, warmth, pain, or swelling that returns after treatment.

## Get help right away if:

- • You have rapid breathing or you have trouble breathing.
- • You have chest pain.
- • You cannot drink fluids or make urine.
- • The affected area swells, changes color, or turns blue.
- • You have numbness or severe pain in the affected area.

## Summary

- • Bone infections (osteomyelitis) occur when bacteria or other germs get inside a bone.
- • You may be more likely to get this type of infection if you have a condition, such as diabetes, that lowers your ability to fight infection or increases your chances of getting an infection.
- • Most bone infections are caused by bacteria. They can also be caused by other germs, such as viruses and funguses.
- • Treatment for this condition usually starts with taking antibiotics. Further treatment depends on the cause and type of infection.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 12/18/2006 Document Revised: 01/03/2019 Document Reviewed: 12/27/2018
Elsevier Patient Education © 2020 Elsevier Inc.

# Cellulitis, Adult

Discharge Instructions Document                              MERRIWEATHER, RYAN A A - 6086785(SWG)


Cellulitis

Cellulitis is a skin infection. The infected area is often warm, red, swollen, and sore. It occurs most often in the arms and lower legs. It is very important to get treated for this condition.

## What are the causes?

This condition is caused by bacteria. The bacteria enter through a break in the skin, such as a cut, burn, insect bite, open sore, or crack.

## What increases the risk?

This condition is more likely to occur in people who:

- Have a weak body defense system (immune system).
- Have open cuts, burns, bites, or scrapes on the skin.
- Are older than 60 years of age.
- Have a blood sugar problem (diabetes).
- Have a long-lasting (chronic) liver disease (cirrhosis) or kidney disease.
- Are very overweight (obese).
- Have a skin problem, such as:
  - Itchy rash (eczema).
  - Slow movement of blood in the veins (venous stasis).
  - Fluid buildup below the skin (edema).
- Have been treated with high-energy rays (radiation).
- Use IV drugs.

## What are the signs or symptoms?

Symptoms of this condition include:

- Skin that is:
  - Red.
  - Streaking.
  - Spotting.
  - Swollen.
  - Sore or painful when you touch it.
  - Warm.
- A fever.

Discharge Instructions Document                              MERRIWEATHER, RYAN A A - 6086785(SWG)

- Chills.
- Blisters.

## How is this diagnosed?

This condition is diagnosed based on:

- Medical history.
- Physical exam.
- Blood tests.
- Imaging tests.

## How is this treated?

Treatment for this condition may include:

- Medicines to treat infections or allergies.
- Home care, such as:
  - Rest.
  - Placing cold or warm cloths (compresses) on the skin.
- Hospital care, if the condition is very bad.

## Follow these instructions at home:

### Medicines

- Take over-the-counter and prescription medicines only as told by your doctor.
- If you were prescribed an antibiotic medicine, take it as told by your doctor. **Do not** stop taking it even if you start to feel better.

### General instructions



- Drink enough fluid to keep your pee (urine) pale yellow.
- **Do not** touch or rub the infected area.
- Raise (elevate) the infected area above the level of your heart while you are sitting or lying down.
- Place cold or warm cloths on the area as told by your doctor.
- Keep all follow-up visits as told by your doctor. This is important.

## Contact a doctor if:

- You have a fever.
- You do not start to get better after 1–2 days of treatment.
- Your bone or joint under the infected area starts to hurt after the skin has healed.
- Your infection comes back. This can happen in the same area or another area.

Discharge Instructions Document                                    MERRIWEATHER, RYAN A A - 6086785(SWG)

- You have a swollen bump in the area.
- You have new symptoms.
- You feel ill and have muscle aches and pains.

## Get help right away if:

- Your symptoms get worse.
- You feel very sleepy.
- You throw up (vomit) or have watery poop (diarrhea) for a long time.
- You see red streaks coming from the area.
- Your red area gets larger.
- Your red area turns dark in color.

**These symptoms may represent a serious problem that is an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call your local emergency services (911 in the U.S.). Do not drive yourself to the hospital.**

## Summary

- Cellulitis is a skin infection. The area is often warm, red, swollen, and sore.
- This condition is treated with medicines, rest, and cold and warm cloths.
- Take all medicines only as told by your doctor.
- Tell your doctor if symptoms do not start to get better after 1–2 days of treatment.

This information is not intended to replace advice given to you by your health care provider. Make sure you discuss any questions you have with your health care provider.

Document Released: 06/05/2009 Document Revised: 05/09/2019 Document Reviewed: 05/09/2019
Elsevier Patient Education © 2020 Elsevier Inc.

## **Medication Education**

Discharge Instructions Document

MERRIWEATHER, RYAN A A - 6086785(SWG)

ID: AHLUSVVT

**Dignity Health**

1 of 2

## REGULAR SCHEDULE: Medicine you need to use regularly.

| EVERYDAY Medicine you need to use every day. | Morning | Noon | Evening | Bedtime |
|---|---|---|---|---|
| DULoxetine (DULoxetine 30 mg oral delayed release capsule) Take by MOUTH. | 2 pills | | | |
| dexamethasone (dexamethasone 2 mg oral tablet) Take by MOUTH. | 2 pills | | | |
| folic acid (folic acid 1 mg oral tablet) | 4 tab(s) by mouth once daily, on the days you don't take methotrexate.. refills: 1. | | | |
| gabapentin (gabapentin 600 mg oral tablet) Take by MOUTH. | 1 pill | 1 pill | 1 pill | |
| ciprofloxacin (Cipro 500 mg oral tablet) Take by MOUTH. Use for 10 days. | 1 pill | | 1 pill | |
| DULoxetine (DULoxetine 30 mg oral delayed release capsule) Take by MOUTH. | 2 pills | | | |
| celecoxib (CeleBREX 200 mg oral capsule) Take by MOUTH. Take the medicine by mouth twice a day with meals - breakfast and dinner. | 1 pill | | 1 pill | |
| sodium hypochlorite topical (sodium hypochlorite 0.125% topical solution) Apply to SKIN. Apply the medicine to the affected area. | ⌐ | | | |

9/16/2020 6:08 PM PT

Discharge Instructions Document

MERRIWEATHER, RYAN A A - 6086785(SWG)

| | Morning | Noon | Evening | Bedtime |
|---|---|---|---|---|
| mexiletine (mexiletine 150 mg oral capsule) | | | 1 cap by mouth every 8 hours. start 150 mg once a day in the am for week 1, 150mg twice a day for week 2 and then increase to 150 mg three times a day. refills: 1. | |

**SPECIAL SCHEDULE: See instructions for each medicine.**

| | | |
|---|---|---|
| methotrexate (methotrexate 10 mg oral tablet) | take 1 1/2 tablets oncce a week.. refills: 1. | |

**AS NEEDED: Medicine you should use as needed.**

| Reason | Medicine | Instructions |
|---|---|---|
| | oxyCODONE (oxyCODONE 5 mg oral tablet) Use as needed. | 15 milligram by mouth every 6 hours as needed pain scale (see comments). refills: 0. |
| fever | acetaminophen (Tylenol 325 mg oral tablet) Take by MOUTH. Use as needed for fever. | Take the medicine by mouth three times a day. Take one (1) pill each time. |

If you take any medicine that is not on this list, please tell your healthcare provider.

2 of 2

**DULoxetine (DULoxetine 30 mg oral delayed release capsule)**

9/16/2020 6:08 PM PT

Discharge Instructions Document                                              MERRIWEATHER, RYAN A A - 6086785(SWG)

This medicine is used for the following purposes:
- depression
- anxiety
- eating disorders
- pain
- muscle aches

## How to take medicine

Take the medicine by mouth once a day.

Take two (2) pills each time.



| Morning | Noon | Evening | Bedtime |
| 2 pills | | | |

*IMPORTANT: These are your specific instructions. If they differ from any other information you receive, including the instructions below, talk to your prescriber or pharmacist.*

## Instructions

Swallow the medicine without crushing or chewing it.

This medicine may be taken with or without food.

It is very important that you take the medicine at about the same time every day. It will work best if you do this.

Keep the medicine at room temperature. Avoid heat and direct light.

It may take several weeks for this medicine to fully work.

It is important that you keep taking each dose of this medicine on time even if you are feeling well.

If you forget to take a dose on time, take it as soon as you remember. If it is almost time for the next dose, do not take the missed dose. Return to your normal dosing schedule. Do not take 2 doses of this medicine at one time.

Please tell your doctor and pharmacist about all the medicines you take. Include both prescription and over-the-counter medicines. Also tell them about any vitamins, herbal medicines, or anything else you take for your health.

Do not suddenly stop taking this medicine. Check with your doctor before stopping.

## Cautions

Tell your doctor and pharmacist if you ever had an allergic reaction to a medicine. Symptoms of an allergic reaction can include trouble breathing, skin rash, itching, swelling, or severe dizziness.

Do not use the medication any more than instructed.

Discharge Instructions Document                                    MERRIWEATHER, RYAN A A - 6086785(SWG)

This medicine may cause dizziness or fainting, especially after exercising or in hot weather. Be very careful when standing or sitting up quickly.

Your ability to stay alert or to react quickly may be impaired by this medicine. Do not drive or operate machinery until you know how this medicine will affect you.

Please check with your doctor before drinking alcohol while on this medicine.

Family should check on the patient often. Call the doctor if patient becomes more depressed, has thoughts of suicide, or shows changes in behavior.

Call the doctor if there are any signs of confusion or unusual changes in behavior.

Tell the doctor or pharmacist if you are pregnant, planning to be pregnant, or breastfeeding.

Ask your pharmacist if this medicine can interact with any of your other medicines. Be sure to tell them about all the medicines you take.

Do not start or stop any other medicines without first speaking to your doctor or pharmacist.

Do not share this medicine with anyone who has not been prescribed this medicine.

This medicine can cause serious side effects in some patients. Important information from the U.S. Food and Drug Administration (FDA) is available from your pharmacist. Please review it carefully with your pharmacist to understand the risks associated with this medicine.

Always keep medicine out of reach of children and pets.

## Side Effects

The following is a list of some common side effects from this medicine. Please speak with your doctor about what you should do if you experience these or other side effects.

- decreased appetite
- constipation
- dizziness
- drowsiness or sedation
- dry mouth

- lack of energy and tiredness
- nausea
- stomach upset or abdominal pain
- sweating
- vomiting

Discharge Instructions Document

MERRIWEATHER, RYAN A A - 6086785(SWG)

Call your doctor or get medical help right away if you notice any of these more serious side effects:

- agitated feeling or trouble sleeping
- confusion
- coughing up blood or vomit that looks like coffee grounds
- fainting
- hallucinations (unusual thoughts, seeing or hearing things that are not real)
- rapid heartbeat
- symptoms of liver damage (such as yellowing of skin or eyes, dark urine, unusual tiredness or weakness; severe stomach or back pain)
- muscle aches, spasms or abnormal movements
- muscle weakness

- dilation of the pupils
- seizures
- problems with sexual functions or desire
- shakiness
- blood in stool
- dark, tarry stool
- blurring or changes of vision
- severe or persistent vomiting

A few people may have an allergic reactions to this medicine. Symptoms can include difficulty breathing, skin rash, itching, swelling, or severe dizziness. If you notice any of these symptoms, seek medical help quickly.

Please speak with your doctor, nurse, or pharmacist if you have any questions about this medicine.



*IMPORTANT NOTE: This document tells you briefly how to take your medicine, but it does not tell you all there is to know about it. Your doctor or pharmacist may give you other documents about your medicine. Please talk to them if you have any questions. Always follow their advice. There is a more complete description of this medicine available in English. Scan this code on your smartphone or tablet or use the web address below. You can also ask your pharmacist for a printout. If you have any questions, please ask your pharmacist.*

**https://dignity-api.meducation.com/V2.0/is/AHLUSVVT_23797359/pem**

## dexamethasone (dexamethasone 2 mg oral tablet)

This medicine is used for the following purposes:

Discharge Instructions Document                              MERRIWEATHER, RYAN A A - 6086785(SWG)

- blood disorder
- inflammatory disease
- cancer
- autoimmune disorder
- nausea and vomiting

- immune suppression
- allergic reaction
- endocrine disorder
- diagnostic test

This drug is being studied for coronavirus infection. The information below contains early data that is subject to ongoing review. This is a summary and does NOT have all possible information about this drug for this use. Patients should be aware of these issues when using drugs under study. Your provider is responsible for using independent judgment to recommend the best treatment for you. This information is not individual medical advice and does not substitute for the advice of your health care provider. Only use this drug if it has been prescribed by your health care provider.

## How to take medicine

Take the medicine by mouth once a day.

Take two (2) pills each time.



| Morning | Noon | Evening | Bedtime |
2 pills

*IMPORTANT: These are your specific instructions. If they differ from any other information you receive, including the instructions below, talk to your prescriber or pharmacist.*

## Instructions

Take the medicine with food.

Keep the medicine at room temperature. Avoid heat and direct light.

It is important that you keep taking each dose of this medicine on time even if you are feeling well.

If you forget to take a dose on time, take it as soon as you remember. If it is almost time for the next dose, do not take the missed dose. Return to your normal dosing schedule. Do not take 2 doses of this medicine at one time.

Please tell your doctor and pharmacist about all the medicines you take. Include both prescription and over-the-counter medicines. Also tell them about any vitamins, herbal medicines, or anything else you take for your health.

If your symptoms do not improve or they worsen while on this medicine, contact your doctor.

Do not suddenly stop taking this medicine. Check with your doctor before stopping.

Discharge Instructions Document                                    MERRIWEATHER, RYAN A A - 6086785(SWG)

This medicine may affect your blood sugar levels. If you have diabetes, talk to your doctor before changing the dose of your diabetes medicine.

This medicine may affect the strength of your bones. If you have or are at increased risk for developing osteoporosis (weakening of the bones), your doctor may recommend adding foods containing calcium and vitamin D while on this medicine. Please talk to your doctor for more information.

It is very important that you follow your doctor's instructions for all blood tests.

## Cautions

This medicine may cause serious bleeding problems in patients taking blood thinner medications. Follow your doctor's instructions carefully to monitor your blood lab tests if you are on blood thinners.

Tell your doctor and pharmacist if you ever had an allergic reaction to a medicine. Symptoms of an allergic reaction can include trouble breathing, skin rash, itching, swelling, or severe dizziness.

Some patients taking this medicine have experienced serious side effects. Please speak with your doctor to understand the risks and benefits associated with this medicine.

This medicine may cause serious bleeding from the stomach or bowels. Stop this medicine and call your doctor immediately if you see any signs of bleeding. Bleeding can cause pain in the stomach, vomiting up liquid that looks like coffee grounds, and red or dark tarry stools.

There is an increased risk of bleeding while on this medicine, please tell your doctor or nurse if you notice any excessive bleeding or bruising.

Do not use the medication any more than instructed.

Speak with your doctor before taking any medicine with aspirin.

Please check with your doctor before drinking alcohol while on this medicine.

This medicine may reduce your body's ability to fight infections. Try to avoid contact with people with colds, flu or other infections.

Contact your doctor if you develop any signs of a new infection such as fever, cough, sore throat, or chills.

Wash your hands often and avoid close contact with people with infections such as colds and flu.

Speak with your health care provider before receiving any vaccinations.

Tell the doctor or pharmacist if you are pregnant, planning to be pregnant, or breastfeeding.

Ask your pharmacist if this medicine can interact with any of your other medicines. Be sure to tell them about all the medicines you take.

Always carry an ID card or wear a medical alert bracelet indicating your medical condition.

Please tell all your doctors and dentists that you are on this medicine before they provide care.

Do not start or stop any other medicines without first speaking to your doctor or pharmacist.

Call your doctor right away if you notice any unusual bleeding or bruising.

Discharge Instructions Document

MERRIWEATHER, RYAN A A - 6086785(SWG)

Do not share this medicine with anyone who has not been prescribed this medicine.

Always keep medicine out of reach of children and pets.

## Side Effects

The following is a list of some common side effects from this medicine. Please speak with your doctor about what you should do if you experience these or other side effects.

- agitated feeling or trouble sleeping
- increased appetite
- increased risk for bone fractures
- headaches
- high blood sugar
- high blood pressure
- increased risk for an infection
- stomach upset or abdominal pain
- vaginal bleeding or spotting between periods
- weight gain

Call your doctor or get medical help right away if you notice any of these more serious side effects:

- change in behavior
- increased risk of bleeding
- bleeding that is severe or takes longer to stop
- severe or persistent bone, joint or jaw pain
- unusual bruising or discoloration on skin
- confusion
- coughing up blood or vomit that looks like coffee grounds
- depression or feeling sad
- feeling of swelling of the body
- swelling of the legs, feet, and hands
- pain in the eye
- fever or chills
- flu-like symptoms
- hallucinations (unusual thoughts, seeing or hearing things that are not real)
- fast or irregular heart beats
- rapid heartbeat
- menstruation changes (missed or fewer periods)
- mood changes
- muscle pain
- muscle weakness
- seizures
- skin changes - brown or black area with uneven edges or coloring
- thinning of the skin
- severe stomach or bowel pain
- blood in stool
- dark, tarry stool
- suicidal thoughts
- thirst
- unusual or unexplained tiredness or weakness
- increased urinary frequency
- blurring or changes of vision
- sudden or unexplained weight gain
- slow wound healing

A few people may have an allergic reactions to this medicine. Symptoms can include difficulty breathing, skin rash, itching, swelling, or severe dizziness. If you notice any of these symptoms, seek medical help quickly.

Discharge Instructions Document

MERRIWEATHER, RYAN A A - 6086785(SWG)

Please speak with your doctor, nurse, or pharmacist if you have any questions about this medicine.



*IMPORTANT NOTE: This document tells you briefly how to take your medicine, but it does not tell you all there is to know about it. Your doctor or pharmacist may give you other documents about your medicine. Please talk to them if you have any questions. Always follow their advice. There is a more complete description of this medicine available in English. Scan this code on your smartphone or tablet or use the web address below. You can also ask your pharmacist for a printout. If you have any questions, please ask your pharmacist.*

**https://dignity-api.meducation.com/V2.0/is/AHLUSVVT_23797360/pem**

# folic acid (folic acid 1 mg oral tablet)

This medicine is used for the following purposes:
- vitamin deficiency
- pregnancy

## How to take medicine

4 tab(s) by mouth once daily. on the days you don't take methotrexate.. refills: 1.

*IMPORTANT: These are your specific instructions. If they differ from any other information you receive, including the instructions below, talk to your prescriber or pharmacist.*

## Instructions

This medicine may be taken with or without food.

Keep the medicine at room temperature. Avoid heat and direct light.

It is important that you keep taking each dose of this medicine on time even if you are feeling well.

If you forget to take a dose on time, take it as soon as you remember. If it is almost time for the next dose, do not take the missed dose. Return to your normal dosing schedule. Do not take 2 doses of this medicine at one time.

Please tell your doctor and pharmacist about all the medicines you take. Include both prescription and over-the-counter medicines. Also tell them about any vitamins, herbal medicines, or anything else you take for your health.

Speak with your doctor or pharmacist before starting any other vitamins.

## Cautions

Ask your pharmacist if this medicine can interact with any of your other medicines. Be sure to tell them about all the medicines you take.

Do not start or stop any other medicines without first speaking to your doctor or pharmacist.

Discharge Instructions Document

MERRIWEATHER, RYAN A A - 6086785(SWG)

Do not share this medicine with anyone who has not been prescribed this medicine.

Always keep medicine out of reach of children and pets.

## Side Effects

A few people may have an allergic reactions to this medicine. Symptoms can include difficulty breathing, skin rash, itching, swelling, or severe dizziness. If you notice any of these symptoms, seek medical help quickly.

Please speak with your doctor, nurse, or pharmacist if you have any questions about this medicine.


*IMPORTANT NOTE: This document tells you briefly how to take your medicine, but it does not tell you all there is to know about it. Your doctor or pharmacist may give you other documents about your medicine. Please talk to them if you have any questions. Always follow their advice. There is a more complete description of this medicine available in English. Scan this code on your smartphone or tablet or use the web address below. You can also ask your pharmacist for a printout. If you have any questions, please ask your pharmacist.*

**https://dignity-api.meducation.com/V2.0/is/AHLUSVVT_23797361/pem**

## gabapentin (gabapentin 600 mg oral tablet)

This medicine is used for the following purposes:

- menopausal symptoms
- restless leg syndrome
- seizures
- pain
- alcohol dependence
- tremors

## How to take medicine

Take the medicine by mouth three times a day.

Take one (1) pill each time.



| Morning | Noon | Evening | Bedtime |
| 1 pill | 1 pill | 1 pill | |

*IMPORTANT: These are your specific instructions. If they differ from any other information you receive, including the instructions below, talk to your prescriber or pharmacist.*

## Instructions

Discharge Instructions Document

Swallow the medicine without crushing or chewing it.

This medicine may be taken with or without food.

It is very important that you take the medicine at about the same time every day. It will work best if you do this.

Keep the medicine at room temperature. Avoid heat and direct light.

Do not take any antacid or vitamins with magnesium, calcium, aluminum, or iron for 2 hours before and 2 hours after taking this medicine.

It is important that you keep taking each dose of this medicine on time even if you are feeling well.

If you forget to take a dose on time, take it as soon as you remember. If it is almost time for the next dose, do not take the missed dose. Return to your normal dosing schedule. Do not take 2 doses of this medicine at one time.

Please tell your doctor and pharmacist about all the medicines you take. Include both prescription and over-the-counter medicines. Also tell them about any vitamins, herbal medicines, or anything else you take for your health.

Do not suddenly stop taking this medicine. Check with your doctor before stopping.

## Cautions

Tell your doctor and pharmacist if you ever had an allergic reaction to a medicine. Symptoms of an allergic reaction can include trouble breathing, skin rash, itching, swelling, or severe dizziness.

Some patients taking this medicine have experienced serious side effects. Please speak with your doctor to understand the risks and benefits associated with this medicine.

Do not use the medication any more than instructed.

If possible, avoid using with marijuana or other medicines that can cause dizziness or drowsiness. These include allergy/cold products, muscle relaxers, sleep aids, and pain relievers.

Your ability to stay alert or to react quickly may be impaired by this medicine. Do not drive or operate machinery until you know how this medicine will affect you.

Do not drink beverages with alcohol while on this medicine.

Family should check on the patient often. Call the doctor if patient becomes more depressed, has thoughts of suicide, or shows changes in behavior.

Call the doctor if there are any signs of confusion or unusual changes in behavior.

Tell the doctor or pharmacist if you are pregnant, planning to be pregnant, or breastfeeding.

Ask your pharmacist if this medicine can interact with any of your other medicines. Be sure to tell them about all the medicines you take.

Do not start or stop any other medicines without first speaking to your doctor or pharmacist.

This medicine should be used with caution in patients with breathing difficulties.

Call your doctor right away if you notice slow or shallow breathing.

Do not share this medicine with anyone who has not been prescribed this medicine.

This medicine can cause serious side effects in some patients. Important information from the U.S. Food and Drug Administration (FDA) is available from your pharmacist. Please review it carefully with your pharmacist to understand the risks associated with this medicine.

Always keep medicine out of reach of children and pets.

## Side Effects

The following is a list of some common side effects from this medicine. Please speak with your doctor about what you should do if you experience these or other side effects.

- dizziness
- drowsiness or sedation
- lack of energy and tiredness

Call your doctor or get medical help right away if you notice any of these more serious side effects:

- shallow, irregular breathing
- fever
- swelling in the neck or throat

A few people may have an allergic reactions to this medicine. Symptoms can include difficulty breathing, skin rash, itching, swelling, or severe dizziness. If you notice any of these symptoms, seek medical help quickly.

Please speak with your doctor, nurse, or pharmacist if you have any questions about this medicine.



*IMPORTANT NOTE: This document tells you briefly how to take your medicine, but it does not tell you all there is to know about it. Your doctor or pharmacist may give you other documents about your medicine. Please talk to them if you have any questions. Always follow their advice. There is a more complete description of this medicine available in English. Scan this code on your smartphone or tablet or use the web address below. You can also ask your pharmacist for a printout. If you have any questions, please ask your pharmacist.*

**https://dignity-api.meducation.com/V2.0/is/AHLUSVVT_23797362/pem**

---

# oxyCODONE (oxyCODONE 5 mg oral tablet)

This medicine is used to relieve pain.

## How to take medicine

15 milligram by mouth every 6 hours as needed pain scale (see comments). refills: 0.

*IMPORTANT: These are your specific instructions. If they differ from any other information you receive, including the instructions below, talk to your prescriber or pharmacist.*

Discharge Instructions Document                                              MERRIWEATHER, RYAN A A - 6086785(SWG)

## Instructions

Swallow the medicine without crushing or chewing it.

This medicine may be taken with or without food.

Swallow with a full glass (8 oz) of water unless your doctor gives you different instructions.

Keep the medicine at room temperature. Avoid heat and direct light.

To reduce constipation, eat high fiber foods, drink plenty of water and exercise.

Avoid grapefruit juice while on this medicine.

If you are using this medicine regularly, it is important to take each dose of medicine on time. Keep taking the medicine even if you feel well.

If you forget to take a dose on time, take it as soon as you remember. If it is almost time for the next dose, do not take the missed dose. Return to your normal dosing schedule. Do not take 2 doses of this medicine at one time.

Please tell your doctor and pharmacist about all the medicines you take. Include both prescription and over-the-counter medicines. Also tell them about any vitamins, herbal medicines, or anything else you take for your health.

You may notice parts of this medicine come out in your stool. This is normal and nothing to be concerned about.

## Cautions

This medicine contains an opioid. Though it helps many people, this medicine may sometimes cause addiction, especially if it is used for a long time. This risk for addiction may be higher if you have a substance use disorder - such as overuse of or addiction to drugs or alcohol. Speak with your doctor about the benefits and risks of using this medicine.

Ask your doctor or pharmacist if you should have naloxone on hand to treat opioid overdose. Teach your family or household members about the signs of an opioid overdose and how to treat it.

Tell your doctor and pharmacist if you ever had an allergic reaction to a medicine. Symptoms of an allergic reaction can include trouble breathing, skin rash, itching, swelling, or severe dizziness.

Do not use the medication any more than instructed.

If possible, avoid using with marijuana or other medicines that can cause dizziness or drowsiness. These include allergy/cold products, muscle relaxers, sleep aids, and pain relievers.

Your ability to stay alert or to react quickly may be impaired by this medicine. Do not operate machinery or drive while on this medicine.

Do not drink beverages with alcohol while on this medicine.

Tell the doctor or pharmacist if you are pregnant, planning to be pregnant, or breastfeeding.

This medicine can hurt a new baby in the womb. If you become pregnant while on this medicine, tell your doctor immediately. Your doctor may switch you to a different medicine.

Discharge Instructions Document                                    MERRIWEATHER, RYAN A A - 6086785(SWG)

Ask your pharmacist if this medicine can interact with any of your other medicines. Be sure to tell them about all the medicines you take.

Do not start or stop any other medicines without first speaking to your doctor or pharmacist.

Call your doctor right away if you notice slow or shallow breathing.

Do not share this medicine with anyone who has not been prescribed this medicine.

This medicine can cause serious side effects in some patients. Important information from the U.S. Food and Drug Administration (FDA) is available from your pharmacist. Please review it carefully with your pharmacist to understand the risks associated with this medicine.

Always keep medicine out of reach of children and pets.

## Side Effects

The following is a list of some common side effects from this medicine. Please speak with your doctor about what you should do if you experience these or other side effects.

- decreased appetite
- constipation
- dizziness
- drowsiness or sedation
- dry mouth
- lack of energy and tiredness
- itching
- nausea
- skin irritation such as redness, itching, rash, or burning
- stomach upset or abdominal pain
- sweating
- vomiting

If you have any of the following side effects, you may be getting too much medicine. Please contact your doctor to let them know about these side effects.

- changes in memory, mood, or thinking
- difficulty concentrating
- confusion
- fainting
- slow heartbeat
- low blood pressure
- muscle weakness
- cold, moist skin
- unusual or unexplained tiredness or weakness
- difficulty or discomfort urinating
- blurring or changes of vision

Call your doctor or get medical help right away if you notice any of these more serious side effects:

- decreased awareness or responsiveness
- breathing interruption during sleep
- shallow, irregular breathing
- chest pain
- hallucinations (unusual thoughts, seeing or hearing things that are not real)
- pale or blue skin, lips or fingernails
- seizures
- shortness of breath
- weight loss

Discharge Instructions Document                         MERRIWEATHER, RYAN A A - 6086785(SWG)

A few people may have an allergic reactions to this medicine. Symptoms can include difficulty breathing, skin rash, itching, swelling, or severe dizziness. If you notice any of these symptoms, seek medical help quickly.

Please speak with your doctor, nurse, or pharmacist if you have any questions about this medicine.

 *IMPORTANT NOTE: This document tells you briefly how to take your medicine, but it does not tell you all there is to know about it. Your doctor or pharmacist may give you other documents about your medicine. Please talk to them if you have any questions. Always follow their advice. There is a more complete description of this medicine available in English. Scan this code on your smartphone or tablet or use the web address below. You can also ask your pharmacist for a printout. If you have any questions, please ask your pharmacist.*

**https://dignity-api.meducation.com/V2.0/is/AHLUSVVT_23797363/pem**

---

## ciprofloxacin (Cipro 500 mg oral tablet)

This medicine is used to treat an infection caused by bacteria.

### How to take medicine

Take the medicine by mouth every 12 hours.

Take one (1) pill each time.



| Morning | Noon | Evening | Bedtime |
|---------|------|---------|---------|
| 1 pill  |      | 1 pill  |         |

Use the medicine for a total of 10 days.

*IMPORTANT: These are your specific instructions. If they differ from any other information you receive, including the instructions below, talk to your prescriber or pharmacist.*

### Instructions

Swallow the medicine without crushing or chewing it.

This medicine may be taken with or without food.

Swallow with a full glass (8 oz) of water unless your doctor gives you different instructions.

Keep the medicine at room temperature. Avoid heat and direct light.

Discharge Instructions Document

Drink extra water while on this medicine. Adults should try to drink 6-8 cups (48 to 64 oz.) of water every day.

Avoid drinks with caffeine while on this medicine.

Do not take this medicine with milk or milk products (such as yogurt).

Do not take this medicine with antacids.

Do not take any antacids or vitamins with magnesium, calcium, aluminum, iron, or zinc for 6 hours before or 2 hours after taking this medicine.

This medicine may cause you to become more sensitive to the sun. Use sunscreen or wear protective clothing when you are exposed to the sun.

It is important that you keep taking each dose of this medicine on time even if you are feeling well.

If you forget to take a dose on time, take it as soon as you remember. If it is less than 6 hours to the next dose, do not take the missed dose. Return to your normal dosing schedule. Do not take 2 doses of this medicine at one time.

Please tell your doctor and pharmacist about all the medicines you take. Include both prescription and over-the-counter medicines. Also tell them about any vitamins, herbal medicines, or anything else you take for your health.

## Cautions

Tell your doctor and pharmacist if you ever had an allergic reaction to a medicine. Symptoms of an allergic reaction can include trouble breathing, skin rash, itching, swelling, or severe dizziness.

Some patients taking this medicine have experienced serious side effects. Please speak with your doctor to understand the risks and benefits associated with this medicine.

Few patients may experience tendon problems. This is more common in patients older than 60. If you notice pain, swelling, or difficulty moving your joints, tell your doctor. This can happen even after stopping the medicine for a few months.

This medicine is associated with a rare, but serious problem of the liver. Speak to your doctor about the early signs of liver problems and the benefits and risks of using this medicine.

Do not use the medication any more than instructed.

Your ability to stay alert or to react quickly may be impaired by this medicine. Do not drive or operate machinery until you know how this medicine will affect you.

Please check with your doctor before drinking alcohol while on this medicine.

Contact your doctor if you notice a change in the amount or darkening of your urine.

Speak with your health care provider before receiving any vaccinations.

Please tell your doctor if you have moderate to severe diarrhea while on this medicine. Do not treat the diarrhea with over-the-counter diarrhea medicine.

Tell the doctor or pharmacist if you are pregnant, planning to be pregnant, or breastfeeding.

Discharge Instructions Document

MERRIWEATHER, RYAN A A - 6086785(SWG)

Ask your pharmacist if this medicine can interact with any of your other medicines. Be sure to tell them about all the medicines you take.

Please tell all your doctors and dentists that you are on this medicine before they provide care.

Do not start or stop any other medicines without first speaking to your doctor or pharmacist.

Do not share this medicine with anyone who has not been prescribed this medicine.

This medicine can cause serious side effects in some patients. Important information from the U.S. Food and Drug Administration (FDA) is available from your pharmacist. Please review it carefully with your pharmacist to understand the risks associated with this medicine.

Always keep medicine out of reach of children and pets.

## Side Effects

The following is a list of some common side effects from this medicine. Please speak with your doctor about what you should do if you experience these or other side effects.

- agitated feeling or trouble sleeping
- diarrhea
- dizziness
- nausea
- stomach upset or abdominal pain
- increased risk of sunburn
- yeast infection of mouth
- vaginal itching or yeast infection
- vomiting

Call your doctor or get medical help right away if you notice any of these more serious side effects:

- bleeding that is severe or takes longer to stop
- unusual bruising or discoloration on skin
- chest pain
- coughing
- severe, watery or bloody diarrhea
- fainting
- severe or persistent headache
- fast or irregular heart beats
- pain in the joints
- symptoms of liver damage (such as yellowing of skin or eyes, dark urine, unusual tiredness or weakness; severe stomach or back pain)
- mood changes
- muscle trembling
- muscle weakness
- feeling of numbness or tingling in your hands and feet
- seizures
- shortness of breath
- red, peeling or blistering skin
- severe stomach or bowel pain
- light colored stool
- urinating less often
- difficulty or discomfort urinating
- blood in urine
- severe or persistent vomiting

A few people may have an allergic reactions to this medicine. Symptoms can include difficulty breathing, skin rash, itching, swelling, or severe dizziness. If you notice any of these symptoms, seek medical help quickly.

Discharge Instructions Document                                    MERRIWEATHER, RYAN A A - 6086785(SWG)

Please speak with your doctor, nurse, or pharmacist if you have any questions about this medicine.



*IMPORTANT NOTE: This document tells you briefly how to take your medicine, but it does not tell you all there is to know about it. Your doctor or pharmacist may give you other documents about your medicine. Please talk to them if you have any questions. Always follow their advice. There is a more complete description of this medicine available in English. Scan this code on your smartphone or tablet or use the web address below. You can also ask your pharmacist for a printout. If you have any questions, please ask your pharmacist.*

**https://dignity-api.meducation.com/V2.0/is/AHLUSVVT_23797364/pem**

## methotrexate (methotrexate 10 mg oral tablet)

This medicine is used for the following purposes:

- arthritis
- cancer
- inflammatory disease
- autoimmune disorder
- psoriasis

### How to take medicine

take 1 1/2 tablets oncce a week.. refills: 1.

*IMPORTANT: These are your specific instructions. If they differ from any other information you receive, including the instructions below, talk to your prescriber or pharmacist.*

### Instructions

This medicine may be taken with or without food.

Keep the medicine at room temperature. Avoid heat and direct light.

Drink extra water while on this medicine. Adults should try to drink 6-8 cups (48 to 64 oz.) of water every day.

This medicine may cause you to become more sensitive to the sun. Use sunscreen or wear protective clothing when you are exposed to the sun.

It may take several weeks for this medicine to fully work.

It is important that you keep taking each dose of this medicine on time even if you are feeling well.

If you miss a dose, contact your doctor for instructions.

Please tell your doctor and pharmacist about all the medicines you take. Include both prescription and over-the-counter medicines. Also tell them about any vitamins, herbal medicines, or anything else you take for your health.

Discharge Instructions Document                                     MERRIWEATHER, RYAN A A - 6086785(SWG)

If your symptoms do not improve or they worsen while on this medicine, contact your doctor.

Talk to your doctor before taking other medicines, including aspirins and ibuprofen containing products. Speak to your doctor about which medicines are safe to use while you are on this medicine.

Do not suddenly stop taking this medicine. Check with your doctor before stopping.

Use effective birth control to avoid pregnancy.

It is very important that you follow your doctor's instructions for all blood tests.

It is very important that you keep all appointments for medical exams and tests while on this medicine.

## Cautions

Tell your doctor and pharmacist if you ever had an allergic reaction to a medicine. Symptoms of an allergic reaction can include trouble breathing, skin rash, itching, swelling, or severe dizziness.

This medicine is associated with a rare but very serious medical condition. Please speak with your doctor about symptoms you should look out for while on this medicine. Notify your doctor immediately if you develop those symptoms.

Some patients on this medicine have developed severe, life-threatening infections. Please speak with your doctor about the risks and benefits of using this medicine.

Some patients taking this medicine have experienced serious side effects. Please speak with your doctor to understand the risks and benefits associated with this medicine.

This medicine is associated with a rare, but serious problem of the liver. Speak to your doctor about the early signs of liver problems and the benefits and risks of using this medicine.

There is an increased risk of bleeding while on this medicine, please tell your doctor or nurse if you notice any excessive bleeding or bruising.

Do not use the medication any more than instructed.

Your ability to stay alert or to react quickly may be impaired by this medicine. Do not operate machinery or drive while on this medicine.

Your ability to stay alert or to react quickly may be impaired by this medicine. Do not drive or operate machinery until you know how this medicine will affect you.

Please check with your doctor before drinking alcohol while on this medicine.

This medicine may reduce your body's ability to fight infections. Try to avoid contact with people with colds, flu or other infections.

Contact your doctor if you develop any signs of a new infection such as fever, cough, sore throat, or chills.

Wash your hands often and avoid close contact with people with infections such as colds and flu.

Speak with your health care provider before receiving any vaccinations.

Tell the doctor or pharmacist if you are pregnant, planning to be pregnant, or breastfeeding.

Discharge Instructions Document

Do not breastfeed while on this medicine. You may safely start breastfeeding 1 week after stopping treatment.

Do not use this medicine if you are pregnant. If you become pregnant while on this medicine, contact your doctor immediately.

This medicine can hurt a new baby in the womb. If you become pregnant while on this medicine, tell your doctor immediately. Your doctor may switch you to a different medicine.

Women of child-bearing age should have a negative pregnancy test before starting this medicine.

Women must use reliable forms of birth control while taking this medicine and for 6 months after stopping to prevent pregnancy.

Men should continue using birth control for at least 3 months after finishing this medicine.

Ask your pharmacist if this medicine can interact with any of your other medicines. Be sure to tell them about all the medicines you take.

Please tell all your doctors and dentists that you are on this medicine before they provide care.

Do not start or stop any other medicines without first speaking to your doctor or pharmacist.

Call your doctor right away if you notice any unusual bleeding or bruising.

Do not share this medicine with anyone who has not been prescribed this medicine.

This medicine is associated with increased risk of death in certain patients. Please speak with your doctor about the benefits and risks of using this medicine.

Always keep medicine out of reach of children and pets.

## Side Effects

The following is a list of some common side effects from this medicine. Please speak with your doctor about what you should do if you experience these or other side effects.

- changes in the number of cells in the blood
- dizziness
- drowsiness or sedation
- lack of energy and tiredness
- hair loss
- increased risk for an infection
- liver problems
- mouth sores or irritation
- nausea
- skin irritation such as redness, itching, rash, or burning
- stomach pain
- stomach upset or abdominal pain
- increased risk of sunburn
- blurring or changes of vision
- vomiting

Discharge Instructions Document

MERRIWEATHER, RYAN A A - 6086785(SWG)

Call your doctor or get medical help right away if you notice any of these more serious side effects:

- back pain
- increased risk of bleeding
- bone pain
- unusual bruising or discoloration on skin
- cough that does not go away
- diarrhea
- fever or chills
- flu-like symptoms
- severe or persistent headache
- fast or irregular heart beats
- symptoms of liver damage (such as yellowing of skin or eyes, dark urine, unusual tiredness or weakness; severe stomach or back pain)
- mood changes

- muscle pain
- muscle weakness
- pale or blue skin, lips or fingernails
- seizures
- shortness of breath
- blood in stool
- dark, tarry stool
- unusual or unexplained tiredness or weakness
- urinating less often
- blood in urine
- severe or persistent vomiting
- weakness on one side of the body

A few people may have an allergic reactions to this medicine. Symptoms can include difficulty breathing, skin rash, itching, swelling, or severe dizziness. If you notice any of these symptoms, seek medical help quickly.

Please speak with your doctor, nurse, or pharmacist if you have any questions about this medicine.



*IMPORTANT NOTE: This document tells you briefly how to take your medicine, but it does not tell you all there is to know about it. Your doctor or pharmacist may give you other documents about your medicine. Please talk to them if you have any questions. Always follow their advice. There is a more complete description of this medicine available in English. Scan this code on your smartphone or tablet or use the web address below. You can also ask your pharmacist for a printout. If you have any questions, please ask your pharmacist.*

**https://dignity-api.meducation.com/V2.0/is/AHLUSVVT_22442017/pem**

# mexiletine (mexiletine 150 mg oral capsule)

This medicine is used to treat abnormal heartbeats.

## How to take medicine

1 cap by mouth every 8 hours. start 150 mg once a day in the am for week 1, 150mg twice a day for week 2 and then increase to 150 mg three times a day. refills: 1.

Discharge Instructions Document                                    MERRIWEATHER, RYAN A A - 6086785(SWG)

*IMPORTANT: These are your specific instructions. If they differ from any other information you receive, including the instructions below, talk to your prescriber or pharmacist.*

## Instructions

Take the medicine with 250 mL (1 cup) of water.

You may take with food or antacids to prevent stomach upset.

It is very important that you take the medicine at about the same time every day. It will work best if you do this.

Store at room temperature in a dry place. Do not keep in the bathroom.

Keep the medicine away from heat and light.

It is important that you keep taking each dose of this medicine on time even if you are feeling well.

If you forget to take a dose on time, take it as soon as you remember. If it is almost time for the next dose, do not take the missed dose. Return to your normal dosing schedule. Do not take 2 doses of this medicine at one time.

Please tell your doctor and pharmacist about all the medicines you take. Include both prescription and over-the-counter medicines. Also tell them about any vitamins, herbal medicines, or anything else you take for your health.

If your symptoms do not improve or they worsen while on this medicine, contact your doctor.

Do not suddenly stop taking this medicine. Check with your doctor before stopping.

It is very important that you follow your doctor's instructions for all blood tests.

It is very important that you keep all appointments for medical exams and tests while on this medicine.

## Cautions

Tell your doctor and pharmacist if you ever had an allergic reaction to a medicine. Symptoms of an allergic reaction can include trouble breathing, skin rash, itching, swelling, or severe dizziness.

Some patients with weak hearts may have worsening of symptoms. If you notice difficulty breathing, weight gain, or swelling of your legs or ankles, let your doctor know right away.

Some patients taking this medicine have experienced serious side effects. Please speak with your doctor to understand the risks and benefits associated with this medicine.

Do not use the medication any more than instructed.

This medicine may cause dizziness or fainting, especially after exercising or in hot weather. Be very careful when standing or sitting up quickly.

Your ability to stay alert or to react quickly may be impaired by this medicine. Do not drive or operate machinery until you know how this medicine will affect you.

Please check with your doctor before drinking alcohol while on this medicine.

Tell the doctor or pharmacist if you are pregnant, planning to be pregnant, or breastfeeding.

Discharge Instructions Document                               MERRIWEATHER, RYAN A A - 6086785(SWG)

Ask your pharmacist if this medicine can interact with any of your other medicines. Be sure to tell them about all the medicines you take.

Please tell all your doctors and dentists that you are on this medicine before they provide care.

Do not start or stop any other medicines without first speaking to your doctor or pharmacist.

If you have had a heart attack within the past 6 months, talk to your doctor before using this medicine.

Do not share this medicine with anyone who has not been prescribed this medicine.

Always keep medicine out of reach of children and pets.

## Side Effects

The following is a list of some common side effects from this medicine. Please speak with your doctor about what you should do if you experience these or other side effects.

- loss of balance
- dizziness
- headaches
- nausea
- nervousness
- shakiness
- stomach upset or abdominal pain
- vomiting

If you have any of the following side effects, you may be getting too much medicine. Please contact your doctor to let them know about these side effects.

- confusion
- drowsiness or sedation

Call your doctor or get medical help right away if you notice any of these more serious side effects:

- chest pain
- swelling of the legs, feet, and hands
- fainting
- symptoms of liver damage (such as yellowing of skin or eyes, dark urine, unusual tiredness or weakness; severe stomach or back pain)
- seizures
- shortness of breath
- unusual or unexplained tiredness or weakness

A few people may have an allergic reactions to this medicine. Symptoms can include difficulty breathing, skin rash, itching, swelling, or severe dizziness. If you notice any of these symptoms, seek medical help quickly.

Please speak with your doctor, nurse, or pharmacist if you have any questions about this medicine.

*IMPORTANT NOTE: This document tells you briefly how to take your medicine, but it does not tell you all there is to know about it. Your doctor or pharmacist may give you other documents about your medicine. Please talk to them if you have any questions. Always follow their advice. There is a more complete*

Discharge Instructions Document

MERRIWEATHER, RYAN A A - 6086785(SWG)



*description of this medicine available in English. Scan this code on your smartphone or tablet or use the web address below. You can also ask your pharmacist for a printout. If you have any questions, please ask your pharmacist.*

**https://dignity-api.meducation.com/V2.0/is/AHLUSVVT_22442018/pem**