

Injoi CBD
20050 Vanowen Street Suite H
Winnetka, CA 91306
818.835.9353

Dear Willie,

We are pleased that you are considering joining us to help build a world-class CBD company. This pre-employment letter is not to be construed as a contract for employment for an indefinite, or definite, period of time.

It is our pleasure to confirm your offer of employment as a salesperson here at the CBD store. For this position, you will report directly to Jillean Watson.

Start Date: TBD. Position Title: Sales Associate: $15.00 per hour

We are happy to hire you during your transition back into the community!

I sincerely believe you can add tremendous value to the Injoi CBD team. I look forward to working with you and seeing you grow with the brand.

Sincerely,

_____
Jillean Watson, Partner Development


_____          _____
Recipient Name                                              Date