UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

UNITED STATES OF AMERICA,    )
       Plaintiff,    )
            )
   v.    ) Case No. 1:98-cr-00038-JMS-MJD
            )
WILLIE BODDIE,    )          -02
       Defendant.    )

**RESPONSE TO COURT ORDER**
**REGARDING STATUS OF COVID-19 VACCINATION**

The United States of America, by counsel, John E. Childress, Acting

United States Attorney for the Southern District of Indiana, and Bradley A.

Blackington, Assistant United States Attorney for the Southern District of

Indiana, in response to this Court's order of January 13, 2021, states as

follows:

1.     Willie Boddie is currently in the custody of the Federal Bureau of

Prisons (BOP) at FCI Yazoo City-Medium in Mississippi.  With the assistance

of counsel, on December 2, 2020, Boddie filed a motion seeking immediate

release from prison under 18 U.S.C. § 3582(c)(1)(A)(i).  (D. 177, 178.)  He

argued that his medical conditions placed him at an increased risk of severe

illness if he contracted COVID-19.  And he maintained that those medical

conditions, and his family circumstances, represented "extraordinary and

compelling reasons" entitling him to early release.  (*Id.*)

2.      The United States opposed the motion and argued, among other

things, that the factors of 18 U.S.C. § 3553(a) weighed against his release.

(D. 184.)

3.      Boddie filed a reply in support of his motion on January 7, 2021.

(D. 187.)

4.      On January 13, 2021, this Court ordered the United States to

provide:

> all Bureau of Prisons ("BOP") records showing vaccinations
> Defendant has received since January 1, 2020 (including, but
> not limited to, the COVID-19 vaccination); (2) any BOP
> records showing vaccinations (including, but not limited to,
> the COVID-19 vaccination) that were offered to Defendant
> since January 1, 2020, but refused by Defendant.

(D. 195.)

5.      On January 19, 2021, an attorney advisor with the BOP advised

that a review of Boddie's recent medical records show that the last

vaccination Boddie received was an influenza vaccination in October 2019.

That information was provided to the Court in the government's response in

opposition. (D. 184-2, Exhibit B at 330-31, 342.)  To date, Boddie has not

received the COVID-19 vaccination and there is no indication that he has

been offered the vaccination and refused it. Had he received the vaccination it

would be noted in his BOP medical records.  If he refused the vaccination,

that also would be noted.

6.    Recently, in a statement from the BOP regarding vaccinations, the BOP advised that it is working with the Centers for Disease Control and Prevention (CDC) and a public-private partnership established by the federal government, known as Operation Warp Speed (OWS), to ensure the BOP receives the COVID-19 vaccine as it becomes available.

As of January 15, 2021, doses of the vaccine had been delivered to staff and inmates at 68 of the BOP's correctional facilities across the country. Based on weekly allocations determined by the CDC and OWS, all of the BOP's facilities are expected to receive their first dose by mid-February.

According to data available at covid.cdc.gov/covid-data-tracker/#vaccinations on January 15, 2021, the BOP leads all jurisdictions and Federal entities in its rate of vaccination utilization, having administered 97 percent of all COVID-19 vaccine doses received. The remaining three percent of allocated doses are currently being administered. These efforts to ensure successful vaccination were commended by OWS.

At present, as vaccines are obtained, priority is given to full-time staff members, in order to mitigate the risk of staff members introducing the virus from the community. At each institution, any additional available vaccines are given to inmates, beginning with those deemed at high risk. As of January 15, 2021, the BOP administered 17,189 doses of the vaccine. One dose has been

administered to 7,576 staff and 5,457 inmates. A completed series of two doses have been administered to 1,027 staff and 1,051 inmates.

7.     In short, the BOP is actively vaccinating prisoners. Considering Boddie's obesity places him in an increased risk category, and BOP is targeting such prisoners for vaccination, he very well might receive a vaccination soon—sooner than many of the public at-large.

8.     Beyond that, of the 1,242 inmates held at FCI Yazoo City-Medium, there are only 132 active inmate cases of COVID-19.  *See* BOP, "COVID-19 Coronavirus" https://www.bop.gov/coronavirus/ (last visited Jan. 19, 2021).  Regardless, the mere existence of the COVID-19 pandemic and its prevalence in BOP facilities is not an "extraordinary and compelling reason."  *See e.g., United States v. Wilson*, No. 1:18-cr-00218-TWP-DLP, D. 108 at 5 (S.D. Ind. July 17, 2020) (citing *United States v. Raia*, 954 F.3d 594, 597 (3d Cir. 2020))); *United States v. Hernandez*, No. 1:14-cr-00242-TWP-TAB, D. 186 at 6 (S.D. Ind. June 23, 2020); *United States v. Wolfe*, No. 1:15-cr-00169-TWP-DML, D. 86 at 7 (S.D. Ind. May 22, 2020).

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney

By:   s/ Bradley A. Blackington
Bradley A. Blackington
Senior Litigation Counsel
Office of the United States Attorney

4

## <u>CERTIFICATE OF SERVICE</u>

I certify that on January 20, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Bradley A. Blackington
Bradley A. Blackington
Senior Litigation Counsel
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN  46204
Telephone: (317) 226-6333
E-mail: Bradley.Blackington@usdoj.gov