UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:98-cr-00038-JMS-MJD |
| | ) | |
| WILLIE BODDIE, | ) | -02 |
|     Defendant. | ) | |

**NOTICE**

On January 22, 2021, the Court granted Willie Boddie's motion for compassionate release, (Dkt. 199) and ordered that his "sentence of imprisonment be reduced to time served as of January 26, 2021," (*Id.*, at 15). In service of that decision and Order, the Court also ordered the following: "No later than **5:00 p.m. on January 22, 2021**, counsel for the United States is **ORDERED** to do the following: (1) transmit the AO248 Order to Mr. Boddie's custodian; and (2) file a notice with the Court confirming that transmission of the AO248 Order has occurred." (*Id.*)

The United States has transmitted the Court's Order to Mr. Boddie's custodian. Shortly after receiving the Order, undersigned counsel asked Assistant U.S. Attorney/Civil Chief Shelese Woods for help communicating the Court's Order to the appropriate person at the Bureau of Prisons. Civil Chief Woods promptly emailed the appropriate BOP personnel, who responded that they were in receipt of the Order and would handle it appropriately.

Respectfully submitted,

JOHN E. CHILDRESS
Acting United States Attorney


By:  s/ Bob Wood
     Bob Wood
     Appellate Chief
     Office of the United States Attorney

## **CERTIFICATE OF SERVICE**

I certify that on January 22, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent to counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                        s/ Bob Wood
                        Bob Wood
                        Chief, Appellate Division
                        Office of the United States Attorney
                        10 West Market Street, Suite 2100
                        Indianapolis, IN  46204
                        Telephone: (317) 226-6333
                        E-mail: Bob.Wood@usdoj.gov